UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GINA CHAMPION-CAIN, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:  19cv1628-LAB (AHG)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION FOR EXTENSION OF TIME; AND**<br><br>**ORDER VACATING HEARING ON RECEIVERSHIP** |

On September 18, the parties have jointly moved for a 30-day extension of time for Defendant Gina Champion-Cain, without giving any reason why the extension was needed; the joint motion merely said the parties had agreed to it. Under Civil Local Rule 12, the Court bases its grant of an extension of time on a showing of good cause. In the absence of any reason why the requested extension is needed, the Court cannot find good cause, and the request for a 30-day extension is **DENIED**.

The deadline for Champion-Cain to respond to the complaint has, however, passed. In order to give the parties time to file a renewed motion, and to avoid a default, the Court **GRANTS** an extension until **September 27, 2019**. Any renewed motion most show good cause for the requested extension. The parties are

reminded they must not file proposed orders within the CM/ECF system; such orders are to be emailed to chambers in an editable electronic format.  *See* Electronic Case Filing Administrative Policies and Procedures Manual, § 2(h).

This case was originally assigned to Judge Marilyn Huff who as part of her order granting a preliminary injunction appointed a permanent receiver and set a status conference concerning the receivership on October 7, 2019. Then on September 16, Judge Huff found she had a conflict of interest and recused. The case was then reassigned to the undersigned judge.

The order does not explain the reason for the status conference, which in any event conflicts with the Court's calendar. The status conference currently set for October 7, 2019 is therefore **VACATED**.  If any parties or the receiver believe it should be reset, they should file a joint motion or *ex parte* motion explaining why it should be held, and suggesting a range of dates.

**IT IS SO ORDERED**.

Dated:  September 23, 2019

*[signature]*
Hon. Larry Alan Burns
Chief United States District Judge