Gary J. Aguirre (SBN 38927)
Aguirre Law, APC
501 W. Broadway, Ste. 800
San Diego, CA 92101
Tel: 619-400-4960
Fax: 619-501-7072
Email: Gary@aguirrelawapc.com

Attorney for Bryan S. Edelman, Mychal D. Edelman and Robert P. Edelman

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>     v.<br><br>GINA CHAMPION-CAIN AND ANI DEVELOPMENT, LLC,<br><br>             Defendants,<br><br>AMERICAN NATIONAL INVESTMENTS, INC.,<br><br>             Relief Defendant. | Case No.: 3:19-cv-01628-LAB-AHG<br><br>**OBJECTIONS OF BRYAN S. EDELMAN, MYCHAL D. EDELMAN AND ROBERT P. EDELMAN TO REPORT AND RECOMMENDATION RECOMMENDING THE COURT GRANT RECEIVER'S EX PARTE APPLICATION AND FIND CHICAGO TITLE COMPANY IN CIVIL CONTEMPT**<br><br>Ctrm:    14A<br>Judge:   Hon. Larry A. Burns |

Bryan S. Edelman, Mychal D. Edelman And Robert P. Edelman ("Edelman Investors") submit these objections pursuant to the Magistrate Judge's Report and Recommendation the Court Grant Receiver's *Ex Parte* Application and Find Chicago Title Company in Civil Contempt (Dkt. 54) ("R&R") on the factual bases and legal grounds stated below.

1. The Edelman Investors incorporate by reference their Motion to Intervene (Dkt. 62) filed on September 27, 2019.
2. The Edelman Investors incorporate by reference their *Ex Parte* Application for an Order Expediting and Scheduling Hearing of their Motion to Intervene (Dkt. 66, "*Ex Parte* Application").
3. The Edelman Investors incorporate by reference their Reply to Opposition by the Securities and Exchange Commission and the Receiver to their *Ex Parte* Application for an Order Expediting and Scheduling Hearing of their Motion to Intervene (Dkt. 71, "Reply in *Ex Parte* Application").
4. As set forth in their Motion to Intervene, *Ex Parte* Application and Reply in *Ex Parte* Application, the R&R is based and predicated upon the validity of the September 3, 2019, order (Dkt. 6, "September 3 Order").
5. In obtaining the injunction incorporated into the September 3 Order, the Securities and Exchange Commission ("SEC") deprived the Edelman Investors of notice and the opportunity to be heard under Fed. R. Civ. P. 65.
6. In obtaining the injunction incorporated into the September 3 Order, the SEC failed to make the showing required by Fed. R. Civ. P. 65(b)(3) to obtain an injunction without notice and an opportunity to be heard.
7. In obtaining the appointment of a permanent receiver incorporated into the September 3 Order, the SEC deprived the Edelman Investors of notice and the opportunity to be heard under Civ. L. R. 66.1.a.2.
8. In failing to timely file the verified report and petition for instructions within 30 days of the date of her appointment, the SEC-appointed and designated permanent

receiver, Krista L. Freitag ("Receiver") violated Civ. L.R. 66.1.e, and thereby deprived the Edelman Investors of notice and the opportunity to be heard pursuant to Civ. L.R. 66.1.e.

9. In obtaining the preliminary injunction and the appointment the Receiver incorporated into the September 3 Order, the SEC failed to give the Edelman Investors notice and an opportunity to be heard in violation of the Due Process Clause.

10. In continuing the SEC's violations of Fed. R. Civ. P. 65 and Civ. L.R. 66.1 and by her own violations of Civ. L.R. 66.1.e, the Receiver has deprived the Edelman Investors of notice and the opportunity to be heard on the continuation of the permanent receivership.

DATED: October 3, 2019                    Respectfully submitted,


By:    /s/ Gary J. Aguirre
 GARY J. AGUIRRE
 Aguirre Law, A.P.C.
 gary@aguirrelawapc.com
 Attorney for Bryan S. Edelman,
 Mychal D. Edelman and
 Robert P. Edelman