Gary J. Aguirre (SBN 38927)
Aguirre Law, APC
501 W. Broadway, Ste. 800
San Diego, CA 92101
Tel: 619-400-4960
Fax: 619-501-7072
Email: Gary@aguirrelawapc.com

Attorney for BONNIE AVERBUCH, BRIAN AVERBUCH, CASSIE AVERBUCH, MARTIN AVERBUCH, MEGAN AVERBUCH, PHILIP AVERBUCH, ROSA AVERBUCH, LINDA AZZARA, KELLY D. COOK, THEODORE L. COOK, THEODORE L. COOK JR., FB COOK 2002 TRUST, THEODORE L. COOK JR. AND GLENNA COOK TRUSTEES, BRYAN S. EDELMAN, MYCHAL D. EDELMAN, ROBERT P. EDELMAN, GKK HOLDINGS, LLC, NANCY HELDT, HORN FAMILY TRUST DATED SEPTEMBER 15, 2016, BARRY HORN AND DEBRA HORN, TRUSTEES, JAN E. HORN IRA, HORN FAMILY TRUST, MAUREEN HORN AND JAN E. HORN TRUSTEES, HORN FAMILY TRUST DATED FEBRUARY 9, 1998, RANDY HORN AND ROBIN HORN TRUSTEES, RANDY HORN IRA, TAYLOR HORN, MARJORIE L. KAPLOWITZ, MICHAEL D. KAPLOWITZ, RICHARD H. KAPLOWITZ, RANDOLPH L. LEVIN IRA, RANDOLPH L. LEVIN ROTH IRA, ROBERTA MARIANI, PORTER REVOCABLE TRUST, M. JOAN PORTER, TRUSTEE, SCOTT PORTER REV LIVING TRUST, SCOTT PORTER, TRUSTEE, and STEVEN SAMUELS

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br>v.<br>GINA CHAMPION-CAIN AND ANI DEVELOPMENT, LLC,<br><br>  Defendants,<br>AMERICAN NATIONAL INVS., INC.,<br><br>  Relief Defendant. | Case No.: 3:19-cv-01628-LAB-AHG<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

NOTICE IS HEREBY GIVEN that Gary J. Aguirre of the firm Aguirre Law, APC, attorneys for the following non-parties, who are both investors in and creditors of the defendants, Bonnie Averbuch, Brian Averbuch, Cassie Averbuch, Martin Averbuch, Megan Averbuch, Philip Averbuch, Rosa Averbuch, Linda Azzara, Kelly D. Cook, Theodore L. Cook, Theodore L. Cook Jr., FB Cook 2002 Trust, Theodore L. Cook Jr. and Glenna Cook Trustees, GKK Holdings, LLC, Nancy Heldt, Horn Family Trust dated September 15, 2016, Barry Horn and Debra Horn, Trustees, Jan E. Horn IRA, Horn Family Trust, Maureen Horn and Jan E. Horn Trustees, Horn Family Trust dated February 9, 1998, Randy Horn and Robin Horn Trustees, Randy Horn IRA, Taylor Horn, Marjorie L. Kaplowitz, Michael D. Kaplowitz, Richard H. Kaplowitz, Randolph L. Levin IRA, Randolph L. Levin Roth IRA, Roberta Mariani, Porter Revocable Trust, M. Joan Porter, Trustee, Scott Porter Rev Living Trust, Scott Porter, Trustee, and Steven Samuels, to this Securities and Exchange Commission receivership proceeding, file this Notice of Appearance and Request for Notice and respectfully request that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned at the following office address and email address:

Gary J. Aguirre
AGUIRRE LAW, APC
501 W. Broadway, Ste. 800
San Diego, CA 92101
Tel: 619-400-4960
Email: gary@aguirrelawapc.com

DATED: November 17, 2019                Respectfully submitted,

By:      /s/ Gary J. Aguirre
   GARY J. AGUIRRE
   Aguirre Law, A.P.C.
   gary@aguirrelawapc.com
   Attorney for Bonnie Averbuch, Brian
   Averbuch, Cassie Averbuch,

| | |
|---|---|
| 1 | Martin Averbuch, Megan Averbuch, Philip Averbuch, Rosa Averbuch, Linda Azzara, Kelly D. Cook, Theodore L. Cook, Theodore L. Cook Jr., FB Cook 2002 Trust, Theodore L. Cook Jr. and Bryan S. Edelman, Mychal D. Edelman, Robert P. Edelman, Glenna Cook Trustees, GKK Holdings, LLC, Nancy Heldt, Horn Family Trust dated September 15, 2016, Barry Horn and Debra Horn, Trustees, Jan E. Horn IRA, Horn Family Trust, Maureen Horn and Jan E. Horn Trustees, Horn Family Trust dated February 9, 1998, Randy Horn and Robin Horn Trustees, Randy Horn IRA, Taylor Horn, Marjorie L. Kaplowitz, Michael D. Kaplowitz, Richard H. Kaplowitz, Randolph L. Levin IRA, Randolph L. Levin Roth IRA, Roberta Mariani, Porter Revocable Trust, M. Joan Porter, Trustee, Scott Porter Rev Living Trust, Scott Porter, Trustee, and Steven Samuels. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEARANCE

3

19cv01628