# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>GINA CHAMPION-CAIN, et al.,<br><br>　　　　　　　　Defendants. | Case No.: 19cv1628-LAB (AHG)<br><br>**ORDER TO SHOW CAUSE RE: WITHDRAWAL OF COUNSEL** |

On December 3, attorney Gary Aguirre filed an *ex parte* request to withdraw, but asked the Court to defer a ruling for at least 15 days, to give his clients time to find new counsel. The request said Aguirre had sought the consent of his clients, known as the Averbuch Investors, but they had not yet returned their written consent. He also said he had contacted the law firm he expected would be representing them after his substitution out, but has heard nothing.

Today he filed a document, which he styled a declaration, but which is in fact a new *ex parte* request to grant his withdrawal request forthwith. His declaration says he has served all his clients by mail, and none have expressed an objection to his withdrawal. The declaration does not say when they were served, or whether they communicated with him. At least one of them has called chambers, attempting to make *ex parte* contact with Court staff.

Aguirre's request is **GRANTED IN PART.** Relieving him as counsel now would create chaos. The nearly thirty individuals he represents would be proceeding *pro se* (*i.e.*, representing themselves). The entities (several trusts and an LLC) cannot represent themselves in this Court, and will be unable to participate in any official capacity. *See Rowland v. Calif. Men's Colony*, 506 U.S. 194, 201–02 (1993). His request that the Court allow him to withdraw immediately is **DENIED**.

If any of the interested non-parties[1] on whose behalf Aguirre has appeared in this case object to his withdrawing as counsel, they should file an objection no later than **December 30, 2019**. Aguirre must promptly send a copy of this order to each of them, and no later than **December 23, 2019** must file proof that he did this, in the form of a declaration or affidavit.

The individuals and entities on whose behalf Aguirre has appeared are reminded that, until he is relieved as counsel, he is representing them. As long as they are represented by Aguirre or any other attorney, they should not call chambers or file anything other than any objections to his withdrawal.

**IT IS SO ORDERED.**

Dated: December 17, 2019

Hon. Larry Alan Burns
Chief United States District Judge

---

[1] So far, none of Aguirre's clients or any of the interested non-parties has been given leave to intervene which, if granted, would make them parties to this action.