DAVID R. ZARO (BAR NO. 124334)
NORMAN M. ASPIS (BAR NO. 313466)
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        naspis@allenmatkins.com

EDWARD G. FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Receiver
KRISTA FREITAG

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GINA CHAMPION-CAIN and ANI DEVELOPMENT, LLC,<br><br>Defendants,<br><br>AMERICAN NATIONAL INVESTMENTS, INC.,<br><br>Relief Defendant. | Case No. 3:19-cv-01628-LAB-AHG<br><br>Ctrm: 3B<br>Judge Hon. Allison Goddard<br><br>DECLARATION OF RECEIVER, KRISTA L. FREITAG, IN SUPPORT OF JOINT EX PARTE MOTION TO AMEND ORDER REGARDING PENDING PROPERTY SALE MOTIONS [DKT. NO. 226] |

# DECLARATION OF KRISTA L. FREITAG

I, Krista L. Freitag, declare as follows:

1. I am the Court-appointed permanent receiver for Defendant ANI Development, LLC, Relief Defendant American National Investments, Inc., and their subsidiaries and affiliates ("Receivership Entities"). I make this declaration in support of the Joint *Ex Parte* Motion to Amend Order Regarding Pending Property Sale Motions (Dkt. No. 226) (the "Joint *Ex Parte* Motion"). I have personal knowledge of the facts stated herein, and if called upon to do so, I could and would personally and competently testify to them.

2. As reflected in my Motion for (A) Approval of Sale of Rancho Mirage Property; and (B) Authority to Pay Broker's Commission (Dkt. No. 165-1) (the "Rancho Mirage Motion") and the Court's corresponding Order Regarding Pending Property Sale Motions (Dkt. No. 226) (the "Sale Motions Order"), Paul Antle (the "Original Buyer") was identified and approved as the buyer for the subject property, 83 Royal Saint Georges Way, Rancho Mirage, California. After the Court entered its Sale Motions Order, the Original Buyer informed me that he will be unable to complete the transaction, as contemplated in the Rancho Mirage Motion and Sale Motions Order, for certain personal tax reasons and that his wife, Renee Louise Marquis-Antle ("New Buyer"), would complete the transaction as buyer and legal title holder to the subject property on all the same terms and conditions.

3. I have discussed this amendment with the Original Buyer and New Buyer and believe it is reasonable and appropriate, and have further negotiated that Original Buyer will pay to the receivership estate the administrative costs of preparing the Joint *Ex Parte* Motion and related papers. All other terms of the sale, as identified in the Rancho Mirage Motion and corresponding Sale Motions Order, will remain the same. Accordingly, I request that the Sale Motions Order, entered on January 24, 2020, and specifically the portion pertaining to the sale of the Rancho Mirage property, be amended to identify the approved buyer of the Rancho Mirage property as New Buyer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of February 2020, at San Diego, California.

KRISTA L. FREITAG