DAVID R. ZARO (BAR NO. 124334)
NORMAN M. ASPIS (BAR NO. 313466)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        naspis@allenmatkins.com

EDWARD G. FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Receiver
KRISTA FREITAG

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GINA CHAMPION-CAIN and ANI DEVELOPMENT, LLC,<br><br>Defendants,<br><br>AMERICAN NATIONAL INVESTMENTS, INC.,<br><br>Relief Defendant. | Case No. 3:19-cv-01628-LAB-AHG<br><br>Ctrm: 3B<br>Judge Hon. Allison Goddard<br><br>DECLARATION OF EDWARD FATES IN SUPPORT OF JOINT EX PARTE MOTION TO AMEND ORDER REGARDING PENDING PROPERTY SALE MOTIONS [DKT. NO. 226] |

# DECLARATION OF EDWARD FATES

I, Edward Fates, declare as follows:

1. I am a partner at the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, counsel of record for Krista L. Freitag ("Receiver"), the Court-appointed permanent receiver for Defendant ANI Development, LLC, Relief Defendant American National Investments, Inc., and their subsidiaries and affiliates (collectively, "Receivership Entities"). I make this declaration in support of the Joint *Ex Parte* Motion to Amend Order Regarding Pending Property Sale Motions (Dkt. No. 226) (the "Joint *Ex Parte* Motion"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On February 2, 2020, I contacted counsel for the Securities and Exchange Commission and counsel for Gina Champion-Cain and provided them with a copy of the Joint *Ex Parte* Motion. Both parties stated they do not object to the Joint *Ex Parte* Motion and authorized me to sign it on their behalf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of February 2020, at San Diego, California.

/s/ Edward Fates
EDWARD FATES

Case No. 3:19-cv-01628-LAB-AHG