UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>v.<br><br>GINA CHAMPION-CAIN, et al.,<br><br>   Defendants. | Case No.: 19cv1628-LAB (AHG)<br><br>**ORDER REQUIRING NOTICE OF INTENT TO OPPOSE MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT** |

The receiver has filed a noticed motion for approval of a settlement agreement with Daniel and Barbara Champion. The hearing for that motion is scheduled for April 13, 2020 at 11:15 a.m. Written oppositions, if any, are due 14 days before that.

It is not clear, however, that the motion will be opposed. Any party or interested person intending to oppose the motion in whole or in part should file a notice stating their intent, no later than **March 2**. The notice does not need to include any argument. A party or interested person who files such a notice must also file a written opposition.

If no notices are filed, the Court may treat the motion as unopposed and vacate the briefing schedule and hearing.

If no written oppositions are filed when due (even if notices were filed), the Court may treat the motion as unopposed. *See* Civil Local Rule 7.1(f)(3)(c).

**IT IS SO ORDERED**.

Dated: February 10, 2020

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge