UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GINA CHAMPION-CAIN and ANI DEVELOPMENT, LLC,<br><br>Defendants,<br><br>AMERICAN NATIONAL INVESTMENTS, INC.,<br><br>Relief Defendant. | Case No. 3:19-cv-01628-LAB-AHG<br><br>**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP, GENERAL COUNSEL TO THE RECEIVER FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Date:       April 13, 2020<br>Time:      11:15 a.m.<br>Courtroom: 14A<br>Judge:     Hon. Larry Alan Burns |

The unopposed First Interim Fee Application of Allen Matkins Leck Gamble Mallory & Natsis LLP (Docket no. 261), general counsel to Receiver Krista L. Freitag is **GRANTED**.

**IT IS FURTHER ORDERED** that Allen Matkins' fees and costs for the First Interim Period are allowed and approved, on an interim basis, in the amounts of $799,308.00 and $10,515.51, respectively.

**IT IS FURTHER ORDERED** that the Receiver is authorized and directed to pay Allen Matkins $639,446.40 in fees and $10,409.51 in costs from assets of the receivership estate, which amounts reflect an interim payment of 80% of the allowed fees and 100% of the allowed costs.

Dated:  April 22, 2020

*(signature)*
Hon. Larry Alan Burns
Chief United States District Judge