UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GINA CHAMPION-CAIN AND ANI DEVELOPMENT, LLC<br><br>Defendants,<br><br>AMERICAN NATIONAL INVESTMENTS, INC.,<br><br>Relief Defendant. | Case No.   3:19-cv-01628-LAB-AHG<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER GRANTING SEATTLE FUNDING GROUP RELIEF FROM PRELIMINARY INJUNCTION TO FORECLOSE ON REAL PROPERTY [DOCKET NO. 303]** |

The unopposed Joint Motion for Order Granting Seattle Funding Group Relief from Preliminary Injunction to Foreclose on Real Property [Docket No. 303] is **GRANTED**.

With respect to the property located at located at 7569-7571/7565 University Ave. San Diego, California, APN 469-620-11 & 12 (the "University Ave. Property"),SFG Income Fund VI, LLC and Home Services, Inc. (the "Lenders") are granted limited relief from the prohibitions set forth in Section

XIII B and C of the Appointment Order [Docket 6] for the purposes of permitting the Lenders to enforce the security interests created under their respective deeds of trust by commencing and prosecuting non-judicial foreclosure proceedings. Such foreclosure proceedings may be consummated without the necessity of any further order of the Court. The successful bidder at any foreclosure sale may acquire and take possession of the University Ave. Property free and clear of any interest of the receivership estate.

Such relief from the prohibitions under Section XIII, set forth in the Appointment Order, shall be limited to the above-named Lenders and shall not extend to any other creditor of the Receivership Entities. The Lenders retain all other rights and remedies they currently have, including without limitation the right to petition this Court for further relief. The Receiver and Champion-Cain will execute and deliver to Lenders such documents as the Lenders may reasonably request in order to complete their nonjudicial foreclosure proceedings.

Nothing herein shall preclude the Receiver from soliciting or developing offers for the University Ave. Property pending the foreclosure sale. In the event an offer in an amount sufficient to pay secured claims and property taxes, to provide a net recovery for the receivership estate is secured, and the buyer has released contingencies, the Receiver will confer with Lenders and seek Court approval of the sale.

**IT IS SO ORDERED.**

DATE: April 22, 2020

_Larry A. Burns_
Hon. Larry A. Burns
Chief United States District Judge