LATHAM & WATKINS LLP
  John T. Ryan (Bar No. 211899)
  Email: jake.ryan@lw.com
  David F. Kowalski (Bar No. 265527)
  Email: david.kowalski@lw.com
12670 High Bluff Drive
San Diego, California 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450

LATHAM & WATKINS LLP
  Steven M. Bauer (Bar No. 135067)
  Email: steven.bauer@lw.com
  Margaret A. Tough (Bar No. 218056)
  Email: margaret.tough@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Non-Parties Kim Funding, LLC; Kim H. Peterson; Joseph J. Cohen; ABC Funding Strategies, LLC; Payson R. Stevens; Kamaljit K. Kapur; and the Payson R. Stevens & Kamaljit Kaur Kapur Trust dated March 28, 2014

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GINA CHAMPION-CAIN AND ANI DEVELOPMENT, LLC,<br><br>　　　　　Defendants, and<br><br>AMERICAN NATIONAL INVESTMENTS, INC.,<br><br>　　　　　Relief Defendant | CASE NO. 3:19-CV-01628-LAB-AHG<br><br>**NOTICE OF APPEARANCE OF JOHN T. RYAN AND REQUEST FOR SERVICE OF PAPERS**<br><br>Judge:　　Hon. Larry A. Burns<br>Mag. Judge:　Hon. Allison H. Goddard |

PLEASE TAKE NOTICE that the undersigned appears for and on behalf of Non-Parties Kim Funding, LLC; Kim H. Peterson; Joseph J. Cohen; ABC Funding Strategies, LLC; Payson R. Stevens; Kamaljit K. Kapur; and the Payson R. Stevens & Kamaljit Kaur Kapur Trust dated March 28, 2014 and respectfully requests all notices given or required to be given in this proceeding, and all papers served or required to be served in this proceeding, be served upon the following:

John T. Ryan (Bar No. 211899)
Latham & Watkins LLP
12670 High Bluff Drive
San Diego, California  92130
Telephone:  (858) 523-5400
Facsimile:   (858) 523-5450
Email: jake.ryan@lw.com

Dated: June 17, 2020

LATHAM & WATKINS LLP

By: /s/ John T. Ryan
          John T. Ryan

John T. Ryan
David F. Kowalski
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, California  92130
Telephone:  (858) 523-5400
Facsimile:   (858) 523-5450

Steven M. Bauer
Margaret A. Tough
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone:  (415) 391-0600
Facsimile:   (415) 395-8095

Attorneys for Non-Parties Kim Funding, LLC; Kim H. Peterson; Joseph J. Cohen; ABC Funding Strategies, LLC; Payson R. Stevens; Kamaljit K. Kapur; and the Payson R. Stevens & Kamaljit Kaur Kapur Trust dated March 28, 2014

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

US-DOCS\116578034.1

1

CASE NO. 3:19-CV-01628-LAB-AHG
NOTICE OF APPEARANCE OF JOHN T. RYAN