# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **SEC v. Champion-Cain**  Case Number: **19cv1628-LAB (AHG)**

Hon. Larry Alan Burns  Ct. Deputy: T. Weisbeck  Reporter: C. Ott

    A hearing on Receiver Krista Freitag's motion for leave to bring a related action against Chicago Title is currently on calendar for Monday, August 17, 2020. Because of a conflict in the Court's calendar, this hearing is **CONTINUED** to **Wednesday, August 19, 2020 at 11:15 a.m.** Consistent with the Court's order of July 10 (Docket no. 389), only parties and the Receiver will be heard.

Date: August 14, 2020

Hon. Larry A. Burns
Chief United States District Judge