# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

<u>Case Name:</u>  **SEC v. Champion-Cain**              <u>Case Number:</u>  **19cv1628-LAB (AHG)**

<u>Hon. Larry Alan Burns</u>         <u>Ct. Deputy: T. Weisbeck</u>         <u>Reporter: C. Ott</u>

    A hearing on Receiver Krista Freitag's motion for leave to bring a related action against Chicago Title is currently on calendar for August 19, 2020.  A hearing on Chicago Title's motion for an order finding that the settlement is in good faith is scheduled for August 24 at 11:15 a.m.  Both hearings are **CONTINUED** to Wednesday, **August 26, 2020 at 2:00 p.m.**

Date:  August 17, 2020

                              Hon. Larry A. Burns
                              Chief United States District Judge