UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GINA CHAMPION-CAIN and ANI DEVELOPMENT, LLC,<br><br>　　　　Defendants,<br><br>AMERICAN NATIONAL INVESTMENTS, INC.,<br><br>　　　　Relief Defendant. | Case No. 3:19-cv-01628-LAB-AHG<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATED REQUEST FOR ORDER GRANTING DEFENDANT CHAMPION-CAIN LIMITED RELIEF FROM PRELIMINARY INJUNCTION** |

# ORDER

The unopposed Joint Motion and Stipulated Request for Order Granting Defendant Champion-Cain Limited Relief from Preliminary Injunction (Dkt. 420) is **GRANTED**.

**IT IS HEREBY ORDERED THAT**:

1. Defendant Champion-Cain is granted limited relief from the injunctions and prohibitions set forth in the Appointment Order (Dkt. 6) for the exclusive purpose of permitting Ms. Champion-Cain to liquidate the equities held in Ms. Champion-Cain's Rollover Individual Retirement Arrangement, Account Number XXXX-5789, held at Charles Schwab & Co., Inc. (the "Schwab IRA"). No cash or other value from the Schwab IRA will be withdrawn, transferred, or otherwise disposed of or dissipated.

2. The Receiver, the Securities and Exchange Commission, and Ms. Champion-Cain will execute and deliver such documents or engage in such communications as may be necessary in order for Ms. Champion-Cain to liquidate the equity holdings of the Schwab IRA.

**IT IS SO ORDERED.**

Dated: August 20, 2020

Hon. Larry A. Burns
Chief United States District Judge