# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Case Name:  **SEC v. Champion-Cain**          Case Number:  **19cv1628-LAB (AHG)**

Hon. Larry Alan Burns          Ct. Deputy: T. Weisbeck          Reporter: C. Ott

    The request by counsel for the S.E.C., the Receiver, and Defendant Gina Champion-Cain to appear telephonically at the hearing on calendar for Wednesday, August 26, 2020 at 2:00 pm is **GRANTED**.  These counsel are directed to call chambers for instructions on how to dial in.

    Interested nonparties and their counsel have not been given leave to participate, but they may listen by dialing 888-363-4734 and providing access code 6952753.

Date:  August 20, 2020

_____
Hon. Larry A. Burns
Chief United States District Judge