DAVID R. ZARO (BAR NO. 124334)
NORMAN M. ASPIS (BAR NO. 313466)
ALLEN MATKINS LECK GAMBLE
 MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
         naspis@allenmatkins.com

EDWARD G. FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
 MALLORY & NATSIS LLP
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Receiver
KRISTA FREITAG

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GINA CHAMPION-CAIN and ANI DEVELOPMENT, LLC,<br><br>　　　　Defendants,<br><br>AMERICAN NATIONAL INVESTMENTS, INC.,<br><br>　　　　Relief Defendant. | Case No. 3:19-cv-01628-LAB-AHG<br><br>**RECEIVER'S ACCOUNTING OF COSTS OF SALE OF 3415 MISSION BOULEVARD PROPERTY**<br><br>Chambers:　3B<br>Mag. Judge: Hon. Allison H. Goddard |

Krista Freitag ("Receiver"), the Court-appointed permanent receiver for Defendant ANI Development, LLC, Relief Defendant American National Investments, Inc., and their subsidiaries and affiliates ("Receivership Entities"), hereby submits this accounting of costs of sale of 3415 Mission Boulevard Property.

As part of its order approving the sale of 3415 Mission Boulevard Property Free and Clear of Federal Tax Lien, the Court instructed the Receiver to provide a full accounting of the costs of sale.  Dkt. 425.  The Receiver paid a total of $7,322.50 for title, recording, transfer, and other fees associated with this sale.  The summary breakdown of the purchase price proceeds is as follows:

| | |
|---|---:|
| Sale Price | $1,550,000.00 |
| Pacific Premier Bank Payment | ($1,212,627.42) |
| Property Taxes | ($2,438.92) |
| Sales Commission | ($46,500.00) |
| Closing Prorations (Security deposits, August rents – for apartment units) | ($7,300.00) |
| Closing Costs | ($7,322.50) |
| **Net Sales Proceeds** | **$273,811.16** |

Dated:  August 21, 2020
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By:   *s/Edward G. Fates*
DAVID R. ZARO
EDWARD G. FATES
NORMAN M. ASPIS
Attorneys for Receiver
KRISTA FREITAG