UNITED STATES DISTRICT COUfRT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GINA CHAMPION-CAIN and ANI DEVELOPMENT, LLC,<br><br>Defendants,<br><br>AMERICAN NATIONAL INVESTMENTS, INC.,<br><br>Relief Defendant. | Case No. 3:19-cv-01628-LAB-AHG<br><br>**ORDER GRANTING MOTION FOR PERMISSION TO FILE PORTION OF SECOND INTERIM FEE APPLICATION OF ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP, GENERAL COUNSEL UNDER SEAL** |

On August 7, 2020, Krista L. Freitag, the Court-appointed permanent Receiver filed a Motion for permission to file documents in support of Allen Matkins' second interim fee application. No opposition was filed.

Although the motion was unopposed, the Court must consider the public's right to access of judicial records. The documents to be sealed are offered in support of Allen Matkins' fee application. Most of the application and supporting information was filed publicly, but the motion asks that certain documents pertaining to legal work performed by Allen Matkins in its role as counsel for the Receiver. The motion argues that sealing is appropriate under the "compelling reasons" standard. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). But because the motion appears to be nondispositive, the Court believes the lower "good cause" standard is appropriate. *See Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010). *See also Allen v. City of Oakland*, 2012 WL 5949619, at *1 (N.D. Cal., Nov. 28, 2012) (treating motion for appointment of receiver as nondispositive). The materials to be sealed concern matters of litigation strategy, and include communications recognized as entitled to confidentiality protection. Public disclosure of the information could easily harm the interests of the receivership estate. The Court finds good cause for sealing. And even under the "compelling reasons" test, the Court finds the standard would be met as well.

The motion is **GRANTED**.  The proffered documents are accepted for filing under seal.

Dated:  December 10, 2020

Hon. Larry Alan Burns
Chief United States District Judge