# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GINA CHAMPION-CAIN AND ANI DEVELOPMENT, LLC<br><br>Defendants, and<br><br>AMERICAN NATIONAL INVESTMENTS, INC.,<br><br>Relief Defendant. | CASE NO. 3:19-cv-01628-LAB-AHG<br><br>**NOTICE OF APPEARANCE OF *PRO SE* DEFENDANT**<br><br>Action Filed:  August 28, 2019<br>Trial Date:     None Set<br><br>Chief Judge Hon. Larry Alan Burns |

**FILED**
Feb 24 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ Josepht   DEPUTY

NUNC PRO TUNC
Feb 16 2021

---

1
NOTICE OF APPEARANCE OF *PRO SE* DEFENDANT

# NOTICE OF APPEARANCE OF *PRO SE* DEFENDANT

## TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

In light of the Court's Order terminating Scheper Kim & Harris LLP as defense counsel in this action (Dkt. 592), I, Gina Champion-Cain, now appear in this case *pro se* and, pursuant to Civil Local Rule 83.11(b), provide my contact information as follows:

**Mailing address**: 4014 Bandini Street, San Diego, CA 92103

**E-mail address**: Ginachampioncain1965@gmail.com

DATED:

By: _____
Gina Champion-Cain

TO: Judge Larry Burns
James M. Carter
333 West Broadway
14th Floor, Courtroom
San Diego, CA

RECEIVED
FEB 18 20
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF
BY