Heather L. Rosing, Bar No. 183986
Earll M. Pott, Bar No. 156516
Harold C. Trimmer, Bar No. 246825
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
hrosing@klinedinstlaw.com
epott@klinedinstlaw.com
htrimmer@klinedinstlaw.com

Sean T. Prosser, Bar No. 163903
Natalie Prescott, Bar No. SBN 246988
MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO
3580 Carmel Mountain Road, Suite 300
San Diego, California 92130
(858) 314-1500/FAX (858) 314-1501
stprosser@ mintz.com
nprescott@mintz.com

Attorneys for Non-Party
William Adams

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>GINA CHAMPION-CAIN and ANI DEVELOPMENT, LLC,<br><br>Defendants.<br><br>AMERICAN NATIONAL INVESTMENTS, INC.,<br><br>Relief Defendant. | Case No. 3:19-cv-01628-LAB-AHG<br><br>Ctrm: 14A<br>Judge Hon. Larry Alan Burns<br><br>**NON-PARTIES WILLIAM ADAMS AND RELATED ENTITIES' REQUEST FOR LEAVE TO FILE JOINDER IN RECEIVER'S REPLY TO CHICAGO TITLE COMPANY AND CHICAGO TITLE INSURANCE COMPANY'S OPPOSITION TO MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT WITH WILLIAM ADAMS AND RELATED ENTITIES**<br><br>Date:     May 3, 2021<br>Time:    11:15 a.m. |

Non-parties William A. Adams and related parties hereby respectfully request the

Court's leave to file a joinder in the Receiver's Reply to Chicago Title Company and

1  Chicago Title Insurance Company's Opposition to Motion for Approval of Settlement
2  Agreement with William Adams and Related Entities.
3      The Adams Parties filed a joinder in the Receiver's motion on April 2, 2021 (Doc.
4  632). On April 19, 2021, Non-Party Chicago Title Company filed an opposition to the
5  Receiver's Motion for Approval of Settlement, which made certain factual assertions
6  regarding the Adams Parties' conduct and attached out-of-context deposition excerpts.
7      The Adams Parties now seek leave to file a joinder to the Receiver's reply, which
8  includes information omitted from the Receiver's original motion and Chicago Titles'
9  opposition that provides factual context, supports the Receiver's motion, and will assist the
10 Court's decision. The proposed joinder is only fourteen pages including one exhibit and is
11 not burdensome on the Court's time and resources. The Receiver expressly agreed to such
12 supplemental filing by the Adams Parties in the Settlement Agreement at issue in the
13 Motion for Approval.

                            KLINEDINST PC

DATED:  April 26, 2021         By:     */s/ Earll M. Pott*
                                              Heather L. Rosing
                                              Earll M. Pott
                                              Harold C. Trimmer
                                              Attorneys for Non-Parties
                                              William Adams and Related Entities

19469539.3

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

# CERTIFICATE OF SERVICE

**Securities and Exchange Commission v. Gina Champion-Cain and ANI Development, LLC, et al.**

**Case No. 3:19-cv-01628-LAB-AHG**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 501 West Broadway, Suite 600, San Diego, California 92101.

On April 26, 2021, I served true copies of the following document(s) described as **NON-PARTIES WILLIAM ADAMS AND RELATED ENTITIES' REQUEST FOR LEAVE TO FILE JOINDER IN RECEIVER'S REPLY TO CHICAGO TITLE COMPANY AND CHICAGO TITLE INSURANCE COMPANY'S OPPOSITION TO MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT WITH WILLIAM ADAMS AND RELATED ENTITIES o**n the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Klinedinst PC for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at San Diego, California as follows to:

Gina Champion-Cain
4014 Bandini Street
San Diego, CA 92103

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 26, 2021, at San Diego, California.

*/s/ Monica Ruiz*
Monica Ruiz