**HAHN LOESER & PARKS, LLP**
STEVEN A. GOLDFARB (317540)
(sagoldfarb@hahnlaw.com)
600 West Broadway
Suite 1500
San Diego, CA 92101
Telephone:   (619) 810-4314
Facsimile:    (619) 810-4301

*Attorneys for Non-parties Chicago Title Company and Chicago Title Insurance Company*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>     v.<br><br>GINA CHAMPION-CAIN AND ANI DEVELOPMENT, LLC, et al.<br><br>              Defendants. | Case No. 3:19-CV-01628-LAB-AHG<br><br>**CHIEF JUDGE LARRY ALAN BURNS**<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

   NOTICE IS HEREBY GIVEN that Steven A. Goldfarb of the firm of Hahn Loeser & Parks LLP, files this Notice Appearance and Requests for Notices, as additional counsel for Chicago Title Company and Chicago Title Insurance Company and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the office address, facsimile and email address listed as follows:

                           Steven A. Goldfarb
                           sagoldfarb@hahnlaw.com
                           Hahn Loeser & Parks LLP
                           600 W. Broadway, Suite 1500
                           San Diego, CA 92101
                           Telephone:   (619) 810-4314
                           Facsimile:    (619) 810-4301

1

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Date: April 29, 2021            **HAHN LOESER & PARKS LLP**

By:    */s/ Steven A. Goldfarb*

Steven A. Goldfarb, SBN 317540
sagoldfarb@hahnlaw.com
One America Plaza
600 West Broadway, Suite 1500
San Diego, California 92101
Telephone: (619) 810-4300
Facsimile: (619) 810-4301

*Attorneys for Non-parties Chicago Title Company and Chicago Title Insurance Company*

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**CERTIFICATE OF SERVICE**

The foregoing Notice of Appearance and Request for Notice has been served by the court via notice of electronic filing this 29th day of April 2021.

                     */s/ Steven A. Goldfarb*
                     Steven A. Goldfarb