UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                  Plaintiff,<br>v.<br>GINA CHAMPION-CAIN, et al.,<br>                  Defendants. | Case No.: 19cv1628-LAB (AHG)<br><br>**ORDER RE: MOTION FOR LEAVE TO PURSUE CLAIMS AGAINST CHICAGO TITLE**<br>**[Dkt. 323]** |

Court-appointed Receiver Krista L. Freitag (the "Receiver") has moved for authority to pursue claims against Chicago Title Company and Chicago Title Insurance Company. (Dkt. 323, the "Motion.") While the Motion has been pending, the Court has approved numerous settlements and the Receiver has moved for approval of others. Because the Motion seeks leave to file a specific pleading, and because the scope of the litigation may have significantly narrowed since the Motion's filing, the Receiver is **ORDERED** to inform the Court, no later than **September 6, 2021**, of whether she still seeks leave to file that pleading. If the Receiver intends to file a different pleading, she should file a new Motion accompanied by that proposed pleading by the same date. As with any Motion, the Receiver should call in advance to secure a hearing date, but to ensure the timely resolution of any renewed Motion, the Court intends to keep an open slot in its

calendar on **October 4, 2021 at 11:30 a.m.**

   IT IS SO ORDERED.

Dated:  August 26, 2021

_Larry A. Burns_
Hon. Larry Alan Burns
United States District Judge