COOLEY LLP
Steven M. Strauss (99153)
sms@cooley.com
Mazda K. Antia (214963)
mantia@cooley.com
Megan L. Donohue (266147)
mdonohue@cooley.com
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420

Attorneys for Non-Parties Chicago Title Company
and Chicago Title Insurance Company

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.  3:19-CV-01628-LAB-AHG |
| Plaintiff, | **JOINT MOTION REGARDING RECEIVERSHIP CLAIMS** |
| v. | |
| GINA CHAMPION-CAIN AND ANI DEVELOPMENT, LLC, | Judge:  Hon. Larry Alan Burns<br>Courtroom: 14A |
| Defendants, and | Complaint Filed:  08/28/2019 |
| AMERICAN NATIONAL INVESTMENTS, INC. | |
| Relief Defendants. | |

**<u>Joint Motion</u>**

This Joint Motion is submitted on behalf of: (a) non-parties Chicago Title Company ("CTC") and Chicago Title Insurance Company ("CTIC") and (b) Krista L. Freitag (the "Receiver") on behalf of ANI Development, LLC ("ANI"), American National Investments, Inc., and their subsidiaries and affiliates (the "Receivership Entities") (collectively referred to herein as the "Parties"), with respect to the individual claimants identified in the Settlement Agreements (the "Claimants") attached as Exhibits 1 - 3 to the Declaration of Steven M. Strauss ("Settlement Agreements"), regarding the following facts:

**<u>Recitals</u>**

WHEREAS, CTC, CTIC, and Claimants entered into the Settlement Agreements;

WHEREAS, the Settlement Agreements are conditioned upon the Receiver agreeing that any claims brought by the Receiver against CTC or CTIC shall exclude claims for recovery of the damages, injuries, or losses (collectively, "Damages") arising from or attributable, directly or indirectly, to the losses sustained by the Claimants in connection with or as the result of the alleged scheme described in the Receiver's motion and draft complaint (Dkt. 323) ("ANI Scheme"), and that the Receiver shall not thereby directly, indirectly or otherwise attempt to recover such amounts from CTC or CTIC;

WHEREAS, the Settlement Agreements provide that the Claimants waive claims against the Receivership Entities, but the Claimants retain their rights to participate in any distributions made or proposed to be made in this action from funds collected, recouped, or recovered by the Receiver from any sources other than by way of judgment or settlement of legal claims brought by the Receiver against CTC and/or CTIC and with the following condition and express acknowledgement: the allocated amount of the Settlement Payments received by each Claimant pursuant to the Settlement Agreements shall be included in (a) the prior recovery rate calculation in a "rising tide" distribution model, or (b) the "money out" or net loss calculation in a *pro rata*

distribution model, depending on which model is approved by the Court in this action. A prior recovery rate is determined by dividing the total actual funds received by each claimant (*i.e.*, money out) by the total actual funds invested by each claimant (*i.e.*, money in);

WHEREAS, the Settlement Agreements will therefore have the effect of reducing total potential claims upon the Receivership Entities; and

WHEREAS, the Receiver has agreed to participate in this Joint Motion at the request of Claimants and CTC/CTIC, but she did not participate in any discussions, negotiations or drafting of the Settlement Agreements between Claimants and CTC/CTIC, and her participation herein is in no way an endorsement of the Settlement Agreements or the representations therein and shall not be construed as such.

## Terms of Stipulation

NOW, THEREFORE, the Parties hereby stipulate and jointly move the Court to order as follows:

1. Any claims brought by the Receiver, or any entity in receivership, against CTC or CTIC shall exclude claims for recovery of any and all Damages arising from or attributable, directly or indirectly, to any losses sustained by the Claimants in connection with or as the result of the ANI Scheme, and neither the Receiver, or any entity in receivership, shall thereby directly, indirectly or otherwise attempt to recover such amounts from CTC or CTIC.

2. The Claimants shall remain entitled to participate in any distributions made or proposed to be made in this action from funds collected, recouped, or recovered by the Receiver from any sources other than by way of judgment or settlement of claims brought by the Receiver against CTC and/or CTIC and with the following condition and express acknowledgement: the allocated amount of the Settlement Payments received by each Claimant pursuant to the Settlement Agreements shall be included in (a) the prior

1    recovery rate calculation in a "rising tide" distribution model, or (b) the
2    "money out" or net loss calculation in a *pro rata* distribution model,
3    depending on which model is approved by the Court in this action.  A prior
4    recovery rate is determined by dividing the total actual funds received by
5    each claimant (*i.e.*, money out) by the total actual funds invested by each
6    claimant (*i.e.*, money in).

7    3.    With the exception of the limitation on Damages recoverable by the
8    Receiver under Section 1 above, nothing herein is or shall be deemed a
9    waiver, estoppel or termination of any rights or remedies the Receiver has
10   or may have with regard to claims, causes of action and/or damages against
11   CTC and/or CTIC at law or in equity.  CTC and CTIC do not concede that
12   the Receiver can state any claim against them or that the Receiver is legally
13   empowered to pursue claims against them.  CTC and CTIC expressly
14   reserve all rights and defenses with respect to any claims brought against
15   them by the Receiver.

16   / / /
17   / / /
18   / / /
19   / / /
20   / / /
21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

**<u>IT IS SO STIPULATED.</u>**

Dated:  August 30, 2021            COOLEY LLP

                                   By: */s/ Steven M. Strauss*
                                   _____
                                       Steven M. Strauss
                                       *Attorneys for CTC and CTIC*

Dated:  August 30, 2021            ALLEN MATKINS LECK GAMBLE
                                   MALLORY & NATSIS LLP

                                   By: */s/ Edward G. Fates*
                                   _____
                                       Edward G. Fates
                                       *Attorneys for the Receiver*

**SIGNATURE CERTIFICATION**

In accordance with Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, the filer hereby certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  August 30, 2021                     COOLEY LLP

By: */s/ Steven M. Strauss*
_____
Steven M. Strauss
*Attorneys for CTC and CTIC*