# EXHIBIT B

# EXHIBIT B

| Date | Description | Amount |
|---|---|---:|
| 10/19/2020 | Receivership phone number | 4.99 |
| 10/31/2020 | October 2020 - FedEx | 74.25 |
| 10/31/2020 | October 2020 Postage and Change of Address | 59.15 |
| 10/31/2020 | October 2020 website update | 255.00 |
| 10/31/2020 | October 2020 Notary Expense | 60.00 |
| 11/20/2020 | Receivership phone number | 4.99 |
| 11/30/2020 | November 2020 - FedEx | 61.56 |
| 11/30/2020 | November 2020 Postage | 1.65 |
| 11/30/2020 | November 2020 website update | 255.00 |
| 11/30/2020 | November 2020 Notary Expense | 75.00 |
| 12/11/2020 | December 2020 Postage and Change of Address | 29.05 |
| 12/21/2020 | Receivership phone number | 4.99 |
| 12/31/2020 | December 2020 - FedEx | 134.62 |
| 12/31/2020 | December 2020 website update | 170.00 |
| 12/31/2020 | December 2020 Notary Expense | 130.00 |
| 12/31/2020 | Moving Supplies | 44.33 |
| 12/31/2020 | Property Supplies | 249.32 |
| 12/31/2020 | Copies | 12.60 |
| 12/31/2020 | Through December 31, 2020 Special Counsel Fees/Expenses | 8,402.60 |
| 12/31/2020 | 2020 Forensic Computer Collection//Data Processing/Storage Costs | 60,550.00 |

$ 70,579.10