# EXHIBIT C

# EXHIBIT C

Krista Freitag, Receiver
E3 Advisors
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
(213) 943-1374

# STANDARDIZED FUND ACCOUNTING REPORT

## CIVIL - RECEIVERSHIP FUND

Securities and Exchange Commission v. GINA CHAMPION-CAIN and ANI DEVELOPMENT, LLC, Defendants, and American National Investments, Inc., Relief Defendant

Case No. 19-cv-01628-LAB-AHG

REPORTING PERIOD 10/01/2020 - 12/31/2020

**STANDARDIZED FUND ACCOUNTING REPORT for Gina Champion-Cain and ANI Development - Cash Basis Receivership; Case No. 19-cv-01628-LAB-AHG**
**Reporting Period 10/01/2020 to 12/31/2020**

| | FUND ACCOUNTING (See instructions): | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| Line 1 | Beginning Balance (As of 10/01/2020): | 14,710,472 | | 14,710,472 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | 216,273 | | 216,273 |
| Line 3 | Cash and Securities | - | | - |
| Line 4 | Interest/Dividend Income | 5,517 | | 5,517 |
| Line 5 | Business Asset Liquidation | 5,683,447 | | 5,683,447 |
| Line 6 | Personal Asset Liquidation | - | | - |
| Line 7 | Third-Party Litigation Income | - | | - |
| Line 8 | Miscellaneous - Other | 2,572 | | 2,572 |
| | Total Funds Available (Lines 1 - 8): | 20,618,281 | | 20,618,281 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | - | | - |
| Line 10 | Disbursements to Receivership Operations | | | |
| Line 10a | Disbursement to Receiver or Other Professionals | - | | - |
| Line 10b | Business Asset Expenses | (799,688) | | (799,688) |
| Line 10c | Personal Asset Expenses | - | | - |
| Line 10d | Investment Expenses | - | | - |
| Line 10e | Third-Party Litigation Expenses | | | - |
| | 1. Attorney Fees | (443,630) | | (443,630) |
| | 2. Litigation Expenses | - | | |
| | *Total Third-Party Litigation Expenses* | (443,630) | | (443,630) |
| Line 10f | Tax Administrator Fees and Bonds | - | | - |
| Line 10g | Federal and State Tax Payments | - | | - |
| | **Total Disbursements for Receivership Operations** | | | (1,243,318) |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………………… | - | | - |
| | Independent Distribution Consultant (IDC).. | - | | - |
| | Distribution Agent……………………………… | - | | - |
| | Consultants…………………………………………… | - | | - |
| | Legal Advisors……………………………………… | - | | - |
| | Tax Advisors………………………………………… | - | | - |
| | 2. Administrative Expenses | - | | - |
| | 3. Miscellaneous | - | | - |
| | *Total Plan Developmental Expenses* | | | - |
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………………… | - | | - |
| | IDC………………………………………………………… | - | | - |
| | Distribution Agent……………………………… | - | | - |
| | Consultants…………………………………………… | - | | - |
| | Legal Advisors……………………………………… | - | | - |
| | Tax Advisors………………………………………… | - | | - |
| | 2. Administrative Expenses | - | | - |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan…………… | - | | - |
| | Claimant Identification………………………….. | - | | - |
| | Claims Processing……………………………… | - | | - |
| | Web Site Maintenance/Call Center………… | - | | - |
| | 4. Fund Administrator Bond | - | | - |
| | 5. Miscellaneous | - | | - |
| | 6. Federal Account for Investor Restitution (FAIR) Reports Expenses | - | | - |
| | *Total Plan Implementation Expenses* | | | - |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | - |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | - | | - |
| Line 12b | Federal Tax Payments | - | | - |
| | **Total Disbursement to Court/Other:** | | | - |
| | Total Funds Disbursed (Lines 9 - 11): | | | (1,243,318) |
| Line 13 | Ending Balance (As of 12/31/2020): | | | 19,374,962 |

**STANDARDIZED FUND ACCOUNTING REPORT for Gina Champion-Cain and ANI Development - Cash Basis**
Receivership; Case No. 19-cv-01628-LAB-AHG
Reporting Period 10/01/2020 to 12/31/2020

| | | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| **Line 14** | **Ending Balance of Fund - Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | 19,374,962 |
| Line 14b | Investments | | | - |
| Line 14c | Other Assets or Uncleared Funds | | | - |
| | Total Ending Balance of Fund - Net Assets | | | 19,374,962 |

**OTHER SUPPLEMENTAL INFORMATION:**

*Report of Items NOT to be Paid by the Fund:*

| | | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| **Line 15** | **Disbursement for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………………… | - | | - |
| | IDC……………………………………………………… | - | | - |
| | Distribution Agent………………………………… | - | | - |
| | Consultants………………………………………… | - | | - |
| | Legal Advisors……………………………………… | - | | - |
| | Tax Advisors………………………………………… | - | | - |
| | 2. Administrative Expenses | - | | - |
| | 3. Miscellaneous | - | | - |
| | Total Plan Developmental Expenses Not Paid by the Fund | | | - |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund | | | |
| | 1. Fees: | | | |
| | Fund Administrator………………………………… | - | | - |
| | IDC……………………………………………………… | - | | - |
| | Distribution Agent………………………………… | - | | - |
| | Consultants………………………………………… | - | | - |
| | Legal Advisors……………………………………… | - | | - |
| | Tax Advisors………………………………………… | - | | - |
| | 2. Administrative Expenses | - | | - |
| | 3. Investor Identification | | | |
| | Notice/Publishing Approved Plan…………… | - | | - |
| | Claimant Identification………………………… | - | | - |
| | Claims Processing……………………………… | - | | - |
| | Web Site Maintenance/Call Center………… | - | | - |
| | 4. Fund Administrator Bond | - | | - |
| | 5. Miscellaneous | - | | - |
| | 6. FAIR Reporting Expenses | - | | - |
| | Total Plan Implementation Expenses Not Paid by the Fund | | | - |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | - |
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | - |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | Investment Expenses/CRIS Fees | - | | - |
| Line 16b | Federal Tax Payments | - | | - |
| | Total Disbursement to Court/Other Not Paid by the Fund: | | | - |
| **Line 17** | **DC & State Tax Payments** | - | | - |
| **Line 18** | **No. of Claims:** | | | |
| Line 18a | # of Claims Received This Reporting Period……………………………………………… | | | 0 |
| Line 18b | # of Claims Received Since Inception of Fund…………………………………………… | | | 0 |
| **Line 19** | **No. of Claimants/Investors:** | | | |
| Line 19a | # of Claimants/Investors Paid this Reporting Period………………………………… | | | 0 |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund……………………………… | | | 0 |

Receiver:
By: *[signature]*
(signature)
Krista Freitag
(printed name)
Court Appointed Receiver
(title)
Date: October 13, 2021

Exhibit C, Page 79