| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COUfRT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:19-cv-01628-LAB-AHG |
| 13 | Plaintiff, | **ORDER APPROVING FOURTH INTERIM FEE APPLICATION OF KRISTA L. FREITAG, COURT-APPOINTED RECEIVER, FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES** |
| 14 | v. | |
| 15 | GINA CHAMPION-CAIN and ANI DEVELOPMENT, LLC, | |
| 17 | Defendants, | **[Dkt. 672]** |
| 18 | AMERICAN NATIONAL INVESTMENTS, INC., | |
| 20 | Relief Defendant. | |

The Court, having reviewed the Fourth Interim Fee Application of Krista L. Freitag ("Receiver"), the Court-appointed permanent receiver for Defendant ANI Development, LLC, Relief Defendant American National Investments, Inc., and their subsidiaries and affiliates ("Receivership Entities"), for payment of fees and reimbursement of expenses ("Application"), including any supporting declarations and objections filed therein, and being so advised in the matter and finding good cause, orders as follows:

**IT IS ORDERED** that the Receiver's Application is granted.

**IT IS FURTHER ORDERED** that the Receiver's fees and costs for the Fourth Interim Period are allowed and approved, on an interim basis, in the amounts of $323,589.95 and $16,451.74, respectively.

**IT IS FURTHER ORDERED** that the Receiver is authorized and directed to pay herself $258,871.96 in fees and $16,451.74 in costs from assets of the receivership estate, which amounts reflect an interim payment of 80% of the allowed fees and 100% of the allowed costs.

Dated: November 4, 2021

*[signature]*

Hon. Larry Alan Burns
United States District Judge