UNITED STATES DISTRICT COUfRT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GINA CHAMPION-CAIN and ANI DEVELOPMENT, LLC,<br><br>Defendants,<br><br>AMERICAN NATIONAL INVESTMENTS, INC.,<br><br>Relief Defendant. | Case No. 3:19-cv-01628-LAB-AHG<br><br>**ORDER GRANTING MOTION FOR PERMISSION TO FILE PORTION OF FOURTH INTERIM FEE APPLICATION OF ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP, GENERAL COUNSEL UNDER SEAL [Dkt. 674]** |

Krista L. Freitag (the "Receiver"), the Court-appointed permanent receiver for Defendant ANI Development, LLC ("ANI Development"), Relief Defendant American National Investments, Inc. ("American National Investments"), and their subsidiaries and affiliates (collectively, the "Receivership Entities" or "Entities") filed a Motion for Permission to File a Portion of the Fourth Interim Fee Application of Allen Matkins Leck Gamble Mallory & Natsis LLP Under Seal (the "Motion").

No opposition was filed, and the Court finds the receiver has shown good cause for filing the documents under seal. *See Ctr. for Auto Safety v. Chrysler Group,* LLC, 809 F.3d 1092, 1099 (9th Cir. 2016) (explaining that the "good cause" standard applies for motions to seal documents supporting nondispositive motions, *i.e.*, motions only tangentially related to the merits of a case). The motion is **GRANTED**.

The sealed materials will likely not need to be sealed permanently. The receiver is directed to file an *ex parte* or joint motion to unseal the records as soon as sealing is no longer necessary.

**IT IS SO ORDERED**.

Dated: November 4, 2021

*Larry A. Burns*
Hon. Larry Alan Burns
United States District Judge