# EXHIBIT INDEX

| EXHIBIT NO. | DESCRIPTION | PAGE NO. |
|---|---|---|
| Exhibit A | Preliminary Asset Schedule | 18 |
| Exhibit B | Receipts and Disbursements Schedule | 24 |

# EXHIBIT A

# EXHIBIT A

**Preliminary Asset Schedule (not including FF&E)**

*All values and commentary, unless a transaction has occurred, are preliminary based on the best information available to the Receiver at this time. Nothing contained herein shall be construed as an admission of any values or balances or a waiver of any rights.*

**Properties Sold:**

| | Address | Asset Type or Name | Asset Status & Commentary | Net Sale Proceeds |
|---|---|---|---|---|
| 1 | 4205 Lamont Street, #12, San Diego, CA 92109 | Rental Condo | Closed 12/26/19 - Sale Price $409,000. Payment to Lender $374,752. Loan cross collateralized with Valle Vista and certain Surf Rider personal property. No net sales proceeds realized in this sale, but are realized in later transactions. | 0 |
| 2 | 132 Keller Street, Petaluma, CA 94952 | Closed Restaurant (prior to receivership appt) | Closed 12/26/19 - Sale price $1,800,000. Payment to lender $1,698,556. Loan cross collateralized with 140 Keller. No net sales proceeds realized in this sale, but are realized in later transactions. | 0 |
| 3 | 805 Brighton Court, San Diego, CA 92109 | Vacation Rental | Closed 01/31/2020 - sale price $1,275,000. Payment to lender $1,223,906 (includes $67,760.45 of net sale proceeds). Loan cross collateralized with various other properties; excess net sale proceeds was used to pay down overall debt per sale Order. | 0 |
| 4 | 1617 Thomas Street Pacific Beach, CA 92109 | Vacation Rental | Closed 2/18/2020 - sale price $985,000. Payment to lender $675,542. Net sale proceeds were $224,740. | 224,740 |
| 5 | 83 Royal Saint Georges Way, Rancho Mirage, CA 92103 | Vacation Rental | Closed 2/10/2020 - sale price $2,999,000. Payment to lender $1,588,561. Net sale proceeds were $1,271,093. | 1,271,093 |
| 6 | SE Corner of Casanova St & Palou Ave Carmel by the Sea 93921 | Vacation Rental | Closed 4/1/2020 - sale price $1,550,000. Net payment to lender $917,622. Net sale proceeds were $534,153. | 534,153 |
| 7 | 724 Zanzibar Ct., San Diego, CA 92109 | Vacation Rental | Closed 5/22/2020 - sale price $1,875,000. Net payment to lender $1,524,704. Net sales proceeds were $258,776. | 258,776 |
| 8 | 3833 Mission Blvd., San Diego, CA 92109 | Commercial Property Restaurant | Closed 6/4/2020 - sale price $825,000. Net payment to lender $610,630. Net sales proceeds were $129,306 after the July 2020 payment of the $60,000 UCC. | 129,306 |
| 9 | 3735 Mission Blvd., San Diego, CA 92109 | Quick Service Restaurant -- Bao Beach | Closed 6/5/2020 - sale price $28,000. Net sales proceeds were $19,592. | 19,592 |
| 10 | 3768 Mission Blvd, San Diego, CA 92109 | Restaurant operation | Closed 6/25/2020 - sale price $2,300,000. Net payment to lender $2,044,306. Net sales proceeds were $54,393. The liquor license escrow closed on August 11, 2020 resulting in $79,398 of additional net sale proceeds (which is not reflected in this number). | 54,393 |
| 11 | 3814 Mission Blvd. San Diego, CA 92109 | Redondo Parking Lot Next to Surf Rider Pizza - Mission Beach | Closed 6/25/2020 - sale price $1,011,000. Lender paid off with sale of Saskas (3768 Mission Blvd). Net sales proceeds were $965,481. | 965,481 |
| 12 | 3445 Ingraham Street, San Diego, CA 92109 | Commercial Property Restaurant | Closed 7/21/2020 - sale price $695,000. Net payment to lender $272,201. Net sales proceeds were $400,618. | 400,618 |
| 13 | 3415 Mission Blvd., San Diego, CA 92109 | Retail store and 3 apartments | Closed 8/19/2020 - sale price $1,550,000. Net payment to lender $1,212,627. Net sales proceeds were $273,811. | 273,811 |
| 14 | 3548 Tennyson Street, San Diego, CA | Long term rental - Just purchased 8/20/19 | Closed 8/21/2020 - sale price $885,000. Net payment to lender $551,269. Net sales proceeds were $263,184. Also recovered prev. transaction for which buyer did not perform - $8,450. | 271,948 |
| 15 | 809 San Rafael Pl., San Diego, CA 92109 | Vacation Rental | Closed 9/14/2020 - sale price $1,630,000. Net payment to lender $1,313,047. Net sales proceeds were $252,962. | 252,962 |
| 16 | 7569-7571/7565 University Avenue, La Mesa, CA 91942 | ANI, Inc. planned condo Units | Property was pending foreclosure. Closed 10/30/2020 - sale price $1,400,000. Net payment to lender $1,047,394. Net sales proceeds were $261,418. | 261,418 |
| 17 | 4829 Bella Pacific #215, San Diego, CA 92109 | Rental Condo | Closed 10/30/2020 - sale price $490,000. Net payment to lender $414,153. Net sales proceeds were $41,161. | 41,161 |
| 18 | 737 Windemere Ct., San Diego, CA 92109 | Vacation Rental | Closed 11/02/2020 - sale price $1,515,000. Net payment to lender $142,729 (after $158.45 refund). Net sales proceeds were $1,349,216 (after $158.45 refund). | 1,349,216 |

| # | Address | Type | Details | Net Proceeds |
|---|---|---|---|---:|
| 19 | 8381 La Mesa Blvd., La Mesa CA | Commercial Property Restaurant | Closed 11/13/2020 - sale price $2,425,000 (for all assets). Net payment to lender $2,264,386. Net sales proceeds were $26,366. The liquor license escrow closed on November 20, 2020 resulting in $49,193 of additional net sale proceeds (which is not reflected in this number). | 26,366 |
| 20 | 4030-4034 Randolph Street, San Diego, CA 92103 | Rentals Apt - 5 Units; House - 4 Units | Closed 11/18/2020 - sale price $1,650,000. Net payment to lender $1,087,150. Net sales proceeds were $467,303. | 467,303 |
| 21 | 7940 University Avenue #9, La Mesa, CA 91941 | Rental Condo | Closed 11/25/2020 - sale price $351,000. Net payment to lender $303,332. Net sales proceeds were $25,450. | 25,450 |
| 22 | 812 San Rafael Pl., San Diego, CA 92109 | Vacation Rental | Closed 12/08/2020 - sale price $1,622,000. No payment to lender (paid off with Windemere closing). Net sales proceeds were $1,552,795. | 1,552,795 |
| 23 | 4364 Valle Vista, San Diego, CA 92103 | SFR - Long Term Rental | Closed 12/17/2020 - sale price $1,150,000. Net payment to two lenders $978,272. Net sales proceeds were $105,898. Payoff of the second loan frees up 3770 Mission Blvd. net sales proceeds for the receivership estate. | 106,736 |
| 24 | 750 Yarmouth Ct., San Diego, CA 92109 | Vacation Rental | Closed 12/17/2020 - sale price $1,350,000. No payment to lender (paid off with Windemere closing). Net sales proceeds $1,292,325. | 1,292,325 |
| 25 | 7243 Camino Degrazia, Unit 59, San Diego, CA 92111 | Rental Condo | Closed 12/28/2020 - sale price $450,000. Lender paid $381,545. Net sales proceeds $41,323. | 41,323 |
| 26 | 901, 903, 904 W. Washington St., San Diego, CA | Commercial Property 1 Commercial Tenants | Closed 1/22/2021 - sale price $1,910,000. Lender paid $1,441,856. Net sales proceeds $367,551. | 367,551 |
| 27 | 3792 Mission Blvd. (Suite A), San Diego, CA 92109 | Office space | Closed 1/08/2021 - sale price $399,000. Lender paid $15,755. Net sales proceeds $364,014. | 364,014 |
| 28 | 2163 Abbott Street, Ocean Beach, CA 92107 | Surf Rider Pizza Cafe | Closed 2/18/21 - sale price $85,000. A payment was made to a secured vendor for $27,500. Net sales proceeds $50,504 (received in Q221). | 50,504 |
| 29 | 140 Keller Street, Petaluma, CA 94952 | CoWorking Office Business | Closed 5/3/21 - sale price $2,600,000. Lender paid $1,121,423 and secured creditor paid $82,587. Net sales proceeds $1,272,380 (includes a $271.22 lender escrow refund received after reporting net proceeds to the Court). An additional $2,565.08 was received in a post sale true-up in July 2021. | 1,274,945 |
| 30 | 3770 Mission Blvd., San Diego, CA 92109 | Quick Service Restaurant -- Surf Rider Pizza Mission Beach | Closed 5/7/21 - sale price $402,500. No payment to lender (paid with sale of various other transactions). Net sale proceeds $381,618. | 381,618 |
| 31 | 3816 Mission Blvd./733 Salem Court, San Diego, CA 92109 | Mixed Use - Surf Shop Ground Floor Apartment Loft Rented | Closed 6/3/21 - sale price $1,360,000. Net sale proceeds are $826,924.73. Lender paid $485,616.77. Additionally, the receiver collected $105,000 in forfeited deposits from two prior approved buyers who failed to close. | 931,925 |
| 32 | 1775 Diamond Street, #301, San Diego, CA 92111 | Condo | Closed 11/15/2021 - sale price $425,000. Receiver previously collected $12,570 in deposit forfeit from the previous buyer. | 410,178 |
| | | | **Total Net Sales Proceeds (Plus reduction of loans payable of $3.188 million for Items 1-3)** | **13,601,701** |

### Properties Foreclosed/Pending Joint Motion for Relief from Injunction:

| | Address | Asset Type or Name | Asset Status & Commentary | No Value Expected to be Realized |
|---|---|---|---|---|
| 1 | 3515 Hancock Street San Diego, CA 92110 | Commercial Use - Main Office and Parking Lot | Former HQ office space. Foreclosure was completed in December 2020. | 0 |
| 2 | 4437-4445 Lamont Street, San Diego, CA 92109 | Commercial Use - Restaurant (4439 is 2-story building used as storage and office for Lamont operations) | Former Patio on Lamont Restaurant; operations closed as a result of COVID. Foreclosure was completed in November 2020. | 0 |
| 3 | 369 10th Avenue, San Diego, CA 92101 | Real Estate Condo Envelope | Former Himmelberg's restaurant/bar. Foreclosure was completed in December 2020. | 0 |
| 4 | 301-317 D Street, Sacramento, CA 95605 | Partially constructed 40 unit apartment building. | Partially developed apartment building. Construction ceased just prior to Receiver's appointment. Project secured, insured (insurance transitioning to lender force placed) and weatherized. Project encumbered by a construction loan, mechanic's liens and a stop notice, all of which must be addressed. After significant effort to effectuate a deal, Receiver has agreed to limited relief to allow the lienholders to exercise their limited rights/remedies. | 0 |

### Other Investments/Loans - Recovery to Date:

| | | | | |
|---|---|---|---|---|
| 1 | Tourmaline Equity, LLC | | $300K Investment in real estate development in Bentonville, Arkansas. | 347,040 |
| 2 | Dan Champion | | $275K Loan on single family residence with estimated value of $686,020 based on online market data only. Additional $79,338 payment made with no value received in return. To prevent legal costs associated with fraudulent transfer claim, Receiver negotiated settlement of $330K (93% recovery on payments); the Court approved this transaction and it funded on May 12, 2020. | 330,000 |
| 3 | Pullman Lofts I | | Investment in membership interest which was intended to develop a 72 unit apartment complex in Santa Rosa. Invested $758,273 per company records. Negotiated buyout of nearly $471K. Transaction closed in third quarter. | 470,888 |
| 4 | JB Resources | | Funds advanced pre-Receiver with no value received. Buyout of Pullman Lofts I includes assignment of the rights to collect on this transfer. Transaction closed in third quarter. | 25,000 |
| 5 | Endeavor Bank (CBB Venture Group) | | CD, MM Recovered December 2020 | 234,669 |
| 6 | Endeavor Bank | | Gina Champion Cain's shares sold | 271,963 |
| | | | **Total Other Investments/Loans - Recovery To Date** | **1,679,560** |

### Other Investments/Loans - General Information and Status:

| | Address/Name | Asset Type or Name | Asset Status & Commentary | Total Invested or Loaned |
|---|---|---|---|---|
| 1 | 3241 Borrego Road Borrego Springs, CA 92004 | La Casa Del Zorro | Signed agreement with owner terminating management of hotel. Continue to own an interest in hotel. | 1,063,750 |
| 2 | Pullman Lofts II | | Investment in membership interest - not expected to proceed. | 31,200 |
| 3 | 2 Budz Holding | | Investment through private placement offering - membership interest owned (6.3025%). | 750,000 |
| 4 | Wedge Water | | Loan Receivable | 25,000 |
| 5 | M. Ferguson | | Loan Receivable | 48,013 |
| 6 | H. Misirliogou | | Loan Receivable | 102,324 |
| 7 | Dash Wagon | | Convertible note - child seat/stroller. UCC. | 200,000 |
| 8 | Boermeester | | Loan Receivable - borrower deceased but following up with estate. | 60,000 |
| 9 | Employee Loan | | Loan Receivable | 123,000 |
| 10 | nGAP | | Loan Receivable | 5,000 |
| 11 | BSV Group, LLC | | 23.53% Membership Interest. Distillary. | 60,000 |
| 12 | Wonderlust Events, LLC | | Membership interest in member LLC - Music and Arts festival. | 50,000 |
| 13 | Trek Partners | | Oil/gas related investment - recovery not anticipated. | 90,632 |
| 14 | Baymedica | | Convertible Note | 50,000 |
| 15 | Menon Renewable Energy | | Investment | 105,000 |
| | | | **Total Other Investments/Loans** | **2,763,919** |

### Liquor License Closed Transactions:

| | Address | Asset Type or Name | Asset Status (for sale, for lease, operating, closed, etc.) | Net Sales Proceeds |
|---|---|---|---|---|
| 1 | 4020 Goldfinch St. | On-Sale General Eating Place | Sale to landlord approved by the Court on January 24, 2020. Sale closed August 2020. | 142,990 |
| 2 | 3768 Mission Blvd. | On-Sale General Eating Place | Included with sale of real property. Sale closed August 2020. | 79,398 |
| 3 | 345 S. Coast Highway 101 | On-Sale General Eating Place | Sale to landlord approved by the Court on January 24, 2020. Sale closed June 2020; funds received in Q320. | 117,145 |
| 4 | Petaluma | On-Sale General Eating Place. | Included with sale of real property. Sale closed August 2020. | 150,000 |
| 5 | 8381 La Mesa Blvd. | On-Sale General Eating Place | Included in the sale of the real property. Sale closed November 2020. | 49,193 |
| 6 | 2163 Abbott St. | On-Sale Beer & Wine - Eating Place | Included in the sale of the leasehold interest. | 0 |
| 7 | 2163 Abbott St. | Caterer | Included in the sale of the leasehold interest. | 0 |
| 8 | 369 10th Ave. | On-Sale General Eating Place | Sold in July 2021 | 52,343 |
| 9 | 2855 Perry Rd. | On-Sale General Eating Place | Sold in August 2021 | 52,500 |
| | | | **Total Liquor License Closed Transactions Net Sales Proceeds** | **643,569** |

### Other Liquor License Status:

| | Address | Asset Type or Name | Asset Status (for sale, for lease, operating, closed, etc.) | Estimated Market Value |
|---|---|---|---|---|
| 8 | 3770 Mission Blvd. | On-Sale General Eating Place | Included in the sale of the leasehold interest. | 0 |
| 9 | 4535 Towne Centre Ct. | On-Sale Beer & Wine - Eating Place | To be transferred to new operator or building owner, who previously paid for same. | 0 |
| 10 | 8910 University Center Ln. | On-Sale Beer & Wine - Eating Place | To be transferred to new operator or building owner, who previously paid for same. | 0 |
| 11 | 400 Spectrum Center Dr. | On-Sale Beer & Wine - Eating Place | Transferred to new operator or building owner, who previously paid for same. | 0 |
| 12 | 17877 Von Karman Ave. | On-Sale General Eating Place | Transferred to new operator or building owner, who previously paid for same. | 0 |
| 9 | 4445 Lamont St. | On-Sale General Eating Place | Under Contract. | 165,000 |
| 10 | 928 Fort Stockton Dr. | Off-Sale Beer & Wine | Deemed no value. | 0 |
| | | | **Total Estimated Market Value** | **165,000** |

### Leased Locations Closed/Transitioned:

| | Address | Asset Type or Name | Asset Status (for sale, for lease, operating, closed, etc.) | |
|---|---|---|---|---|
| 1 | 2855 Perry Road Building 8, San Diego, CA 92106 | Full Service Restaurant -- Firesire by the Patio | Closed - Valued FF&E with appraiser and turned over to lender. | |
| 2 | 345 S Coast Hwy 101 Enicnintas, CA 92024 | Full Service Restaurant -- Patio 101 | Closed prior to Receiver's appointment but remained in possession. Valued FF&E with appraisal. Transaction for liquor license and FF&E received Court approval on January 24, 2020. | |
| 3 | 4020 Goldfinch Street, San Diego, CA 92103 | Full Service Restaurant -- Patio on Goldfinch | Closed. Valued FF&E with appraisal. Transaction for liquor license and FF&E Court approval received on January 24, 2020. | |
| 4 | 2670 Via De La Valle, Del Mar, CA 92014 | Coffee Shop -- Swell Coffee | Closed. Turned over to Landlord. Removed FF&E. | |
| 5 | 928 Fort Stockton Dr., San Diego, CA 92103 | Coffee Shop and Retail -- Patio Express Mission Hills | Closed. Turned over to Landlord. Removed FF&E. | |
| 6 | 3232 Mission Blvd., San Diego, CA 92109 | Retail Store -- Surf Life Mission Beach | Closed. Turned over to Landlord. Removed FF&E. | |
| 7 | 3731 Mission Blvd., San Diego, CA 92109 | Retail Store -- Mission Beach Surf Co. | Closed. Turned over to Landlord. Removed FF&E. | |
| 8 | 4535 Towne Centre St., San Diego | Patio Marketplace Restaurant | Closed. Turned over to building owner. | |
| 9 | 8910 University Center Ln., San Diego | Patio Marketplace Restaurant | Closed. Turned over to building owner. | |
| 10 | 400 Spectrum Center Dr., Irvine CA | Patio Marketplace Restaurant | Transitioned to replacement restaurant operator effective February 1, 2020. | |
| 11 | 17877 Von Karman Ave. | Patio Marketplace Restaurant | Transitioned to building owner effective February 1, 2020. | |
| 12 | 3779 Mission Blvd. San Diego, CA 92109 | San Jose Parking Lot Across from Saska's Steakhouse | No offers materialized and property transitioned to landlord at the end of the lease term on 12/31/2020 | |

| SUMMARY OF EXHIBIT A | | | |
|---|---|---|---:|
| Real Property | | Total Net Proceeds from Sale of Real Property | 13,601,701 |
| Other Investments/Loans | | Total Recovery To Date | 1,679,560 |
| Liquor Licenses | | Total Liquor License Transactions Closings Net Sales Proceeds To Date | 643,569 |
| | | **Total Recovery To Date** | **15,924,830** |
| Real Property | | Total Est Net Sales Proceeds for Properties Pending Sale Closings | 0 |
| | | **Total Estimated Net Sales Proceeds for Transactions Pending Completion** | **0** |
| Real Property | | Total Estimated Market Value/Contract Sale Price of Unsold Real Property | 0 |
| Other Investments/Loans | | Total Other Investments/Loans Unresolved | 2,763,919 |
| Other Liquor Licenses | | Total Estimated Market Value | 165,000 |
| | | **Total Recovery Pending Resolution or Sale** | **2,928,919** |
| | | **Grand Total (SEE NOTE BELOW)** | **18,853,749** |

NOTE: The numbers reflected are as noted and are being provided as a courtesy for the reader's reference purposes only. All except one of the real properties is/was encumbered with a mortgage. After taking into consideration estimated values, brokerage fees, costs of sale, mortgage payoffs and fees, property taxes, potential recovery of other investments/loans, etc., the Receiver estimates the net sales proceeds from the portfolio reflected on this schedule to be approximately $16 million.