# EXHIBIT B

# EXHIBIT B

| | |
|---|---:|
| **Beginning Balance at 09/03/2019 (accounts listed in Appointment Order)** | **$368,614** |
| Additional Bank Account Recoveries post-takeover | $1,447,947 |
| Line of Credit Withdrawal – 9/3 pre-Receiver | $80,000 |
| Chicago Title Funds Received November 19, 2019 | $11,311,344 |
| Rancho Mirage Property Recovery | $1,271,093 |
| Thomas Avenue Property Recovery | $224,740 |
| Carmel Property Recovery | $534,153 |
| Zanzibar Property Recovery | $258,776 |
| Former Swell Property Recovery [1] | $129,306 |
| Saska's and Parking Lot Recoveries | $1,099,272 |
| Bao Recovery | $19,592 |
| Ingraham Property Recovery | $400,618 |
| 3415 Mission Property Recovery | $273,811 |
| Tennyson Property Recovery | $271,948 |
| 7569-7571 University Property Recovery | $261,418 |
| Bella Pacific Property Recovery | $41,161 |
| 809 San Rafael Property Recovery | $252,962 |
| Former Patio 101 Liquor License, Personal Property Recovery | $117,145 |
| Former Chicken Pharm Liquor License Recovery | $150,000 |
| Former Goldfinch Liquor License, Personal Property Recovery | $142,990 |
| Windemere Property Recovery | $1,349,216 |
| 8381 La Mesa Blvd (SRLM) Property Recovery | $75,558 |
| University Condo #9 Property Recovery | $25,450 |
| Randolph Property Recovery | $467,303 |
| W. Washington Property Recovery | $367,551 |
| 812 San Rafael Property Recovery | $1,552,795 |
| Valle Vista Property Recovery | $106,736 |
| Camino Degrazia Property Recovery | $41,323 |
| Yarmouth Property Recovery | $1,292,325 |
| 3792 Mission Blvd Property Recovery | $364,014 |
| 3816 Mission Blvd Property Recovery | $931,925 |
| Bandini Property Recovery | $1,300,000 |
| 140 Keller Street Property Recovery | $1,272,380 |
| Former Mission Beach Surf Rider Recovery | $381,618 |
| Former Ocean Beach Surf Rider Recovery | $50,504 |
| Diamond Street Property Recovery (Forfeited Earnest Money plus New Earnest Money) | $17,570 |
| Former Himmelberg's Liquor License Recovery | $52,343 |
| Former Fireside Liquor License Recovery | $52,500 |
| Endeavor CD Recovery | $234,669 |
| Endeavor Bank Share Sale Recovery | $271,963 |
| Legal Retainer Recovery | $183,204 |
| Tourmaline Investment Recovery | $347,040 |
| City National Bank CD Recovery | $76,296 |
| D. Champion Settlement Recovery | $330,000 |
| Pullman Lofts Earnest Money Deposit Recovery | $495,888 |
| Personal Property Recovery | $377,362 |
| Adams Settlement Recovery | $554,487 |

| | |
|---|---:|
| Clawback Recovery | $1,632,352 |
| Restaurant Receipts (includes Patio Marketplace pre-opening expense receivables collection) | $5,305,037 |
| Real Estate Rental Receipts | $805,739 |
| Keller Street Co-Work Receipts | $404,118 |
| Retail Receipts (includes post-closing product sales (pre-auction)) | $111,487 |
| ANI Miscellaneous Contract Refunds/Recoveries/Receipts | $232,618 |
| Interest Income | $89,040 |
| Pre-Receiver Expenses (detail in Initial Verified Report) | ($87,930) |
| Tax Settlement - Pre-Receiver (paid post) | ($13,054) |
| **Restaurant Expenses:** | $0 |
|   Payroll and Payroll Related Expense | ($2,217,260) |
|   Operating Expenses | ($1,232,580) |
|   Cost of Goods Sold | ($1,254,154) |
|   Management Fees | ($336,666) |
|   BOE – Sales Tax | ($341,169) |
|   Rent Expense | ($191,016) |
|   Merchant and Bank Fees | ($37,185) |
| **Real Property Related Expenses:** | $0 |
|   Debt Service | ($1,678,780) |
|   Property Tax Expense | ($419,956) |
|   Operating Expenses | ($310,336) |
| **Keller Street Co-Work Expenses:** | $0 |
|   Payroll and Payroll Related Expense | ($127,597) |
|   Operating Expense | ($159,984) |
| **Retail Expenses:** | $0 |
|   Payroll and Payroll Related Expense | ($18,087) |
|   Operating Expense | ($20,837) |
|   Cost of Goods Sold | ($1,463) |
|   General & Administrative Expense | ($2,175) |
| **Corporate Expenses:** | $0 |
|   Payroll and Payroll Related Expense (includes real property related operations) | ($1,984,738) |
|   Payroll - PTO | ($217,426) |
|   Insurance (includes real property and operations coverages) | ($385,208) |
|   General & Administrative Expenses | ($735,025) |
|   IT Expense | ($230,812) |
|   Rent Expense | ($104,567) |
|   Operating Expenses | ($90,443) |
|   Franchise Tax Board Expenses (approximately 40 entities) | ($56,226) |
| Grant Deed Settlement Payment | ($100,000) |
| Receiver Fees & Expenses [2] | ($1,144,428) |
| Receiver Legal Fees & Expenses [3] | ($1,500,293) |
| **Ending Bank Balance at 09/30/2021** | **$24,809,902** |

[1] In July 2020, a UCC payment was made in the amount of $60,000, which ultimately offsets this recovery.
[2] Includes credit for Rancho Mirage Property buyer's request for supplemental Court approval - $4,990.  Q220 approved fee and expense payment cleared in January 2021.
[3] Includes credit for Rancho Mirage Property buyer's request for supplemental Court approval - $4,990.