UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GINA CHAMPION-CAIN AND ANI DEVELOPMENT, LLC,<br><br>Defendants, and<br><br>AMERICAN NATIONAL INVESTMENTS, INC.,<br><br>Relief Defendant. | Case No.:  3:19-cv-1628-LAB-AHG<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO ATTEMPT TO REACH RESOLUTION AND FILE JOINT MOTION REGARDING DEPOSITION OF GINA CHAMPION-CAIN** |

On December 1, 2021, the Court held a Discovery Videoconference in response to an emailed request for court intervention in a discovery dispute regarding the deposition of Gina Champion-Cain, a Defendant in this case who is now in federal custody. ECF No. 732. The fraudulent liquor license investment scheme underlying this receivership action has spurred a number of related cases in state court. As discussed in the Court's prior order setting the conference, certain state court plaintiffs involved in the state court litigation, Court-appointed permanent Receiver Krista Freitag, and Kim Peterson (a state court

plaintiff, a cross-defendant in state court actions, and a defendant in a federal court clawback action filed by the Receiver) all wish to file a joint motion requesting an order from this Court for Ms. Champion-Cain's deposition. *See* ECF No. 731. *See also* Fed. R. Civ. P. 30(a)(2)(B) (requiring parties to obtain leave of court to depose a person confined in prison). The proposed joint motion would set forth the requested parameters for the deposition, including a division of hours allotted to each party seeking to depose Ms. Champion-Cain. *Id*. Chicago Title Company and Chicago Title Insurance Company ("Chicago Title"), who are defendants in a number of the related state court actions, previously intended to join in the motion seeking leave from this Court to depose Ms. Champion-Cain, but now oppose the proposed allotment of hours and therefore do not wish to join the motion as drafted.

As explained during the conference, the Court is not inclined to issue an order regarding the deposition of Defendant Champion-Cain that is binding on parties that are solely in state court if the parameters of the deposition are disputed. Accordingly, after discussing the dispute with the parties, the Court set a deadline of **December 8, 2021** for the parties involved in the dispute to submit an agreed-upon joint motion to the Court regarding the deposition of Defendant Champion-Cain. If the state court plaintiffs, Chicago Title, the Receiver, and Mr. Peterson cannot agree on and file a joint motion by the deadline, this Court will thereafter only consider motions seeking leave to depose Ms. Champion-Cain that are filed by the parties to the federal cases.

**IT IS SO ORDERED.**

Dated:  December 2, 2021

_____
Honorable Allison H. Goddard
United States Magistrate Judge