AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| SECURITIES AND EXCHANGE COMMISSION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:19-cv-01628-LAB-AHG |
| GINA CHAMPION-CAIN | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kim Funding LLC and Kim H. Peterson.

Date: 6/02/2022

/s/ Miles D. Grant
*Attorney's signature*

Miles D. Grant, SBN 89766
*Printed name and bar number*

GRANT & KESSLER, APC
1331 India Street
San Diego, CA 92101
*Address*

miles@grantandkessler.com
*E-mail address*

(619) 233-7078
*Telephone number*

(619) 233-7036
*FAX number*