PHILIP C. TENCER, ESQ. (Bar No. 173818)
Phil@TencerSherman.com
SAM G. SHERMAN, ESQ. (Bar No. 228673)
Sam@TencerSherman.com
JESSICA L. MULVANEY, ESQ. (Bar No. 294306)
Jessica@TencerSherman.com
TENCER SHERMAN LLP
12520 High Bluff Drive, Suite 230
San Diego, CA  92130
T: 858.408.6900; F:858.754.1260

Attorneys for Interested Parties KIM FUNDING, LLC and KIM PETERSON

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GINA CHAMPION-CAIN and ANI DEVELOPMENT, LLC,<br><br>Defendants. | CASE NO. 3:19-CV-01628-LAB-AHG<br><br>**NOTICE OF APPEARANCE OF PHILIP C. TENCER AS COUNSEL OF RECORD FOR DEFENDANTS KIM H. PETERSON AND KIM FUNDING, LLC**<br><br>Judge: Hon. Larry A. Burns<br>Courtroom: 14A |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE OF APPEARANCE in the above captioned action is hereby made by the following attorney of TencerSherman LLP, as counsel of record for third parties, KIM H. PETERSON AND KIM FUNDING, LLC:

> PHILIP C. TENCER, ESQ.
> SBN 173818
> TENCERSHERMAN LLP
> 12520 High Bluff Drive, Suite 230
> San Diego, CA 92130
> Telephone: 858. 408.6900
> Facsimile: 858. 754.1260
> Phil@TencerSherman.com

/ / /

TencerSherman
Attorneys At Law
San Diego

1                3:19-CV-01628-LAB-AHG
NOTICE OF APPEARANCE OF PHILIP C. TENCER AS COUNSEL OF RECORD
FOR DEFENDANTS KIM H. PETERSON AND KIM FUNDING, LLC

1  The above-listed attorney making her appearance should be added to the
2  CM/ECF docket for this case so that he receives ECF notices of all docket-related
3  activity in this case.

4  DATED: June 27, 2022     TENCERSHERMAN LLP

6  By: _____
7  PHILIP C. TENCER, ESQ.
   JESSICA L. MULVANEY, ESQ.
   Attorneys for Defendants
8  KIM H. PETERSON and KIM
   FUNDING, LLC

TencerSherman
Attorneys At Law
San Diego

2     3:19-CV-01628-LAB-AHG

NOTICE OF APPEARANCE OF PHILIP C. TENCER AS COUNSEL OF RECORD
FOR DEFENDANTS KIM H. PETERSON AND KIM FUNDING, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2022, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing. Paper copies have been or promptly will be served personally on all parties not registered, and those indicated as non-registered participants.

_____
Christina F. Stewart