Everett G. Barry, Jr. (SBN 053119)
John H. Stephens (SBN 082971)
Christopher B. Ghio (SBN 259094)
MULVANEY BARRY BEATTY LINN & MAYERS LLP
401 West A Street, 17th Floor
San Diego, CA  92101-7994
Telephone:  619 238-1010
Fax:  619 238-1981
Emails:ebarry@mulvaneybarry.com;
jstephens@mulvaneybarry.com;
cghio@mulvaneybarry.com

Michael G. Yoder (SBN 83059)
Adam Levine (SBN 200522)
Ashton T. Massey (SBN 307940)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA  92660
Tel.:  (949) 823-6900
Fax:  (949) 823-6994
Emails: myoder@omm.com; alevine@omm.com;
amassey@omm.com

Attorneys for Claimant,
CALPRIVATE BANK

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO.: 3:19-cv-01628-LAB-AHG<br>Judge:       Hon. Larry Alan Burns<br>Magistrate:  Allison H. Goddard |
| Plaintiff, | |
| v. | **DECLARATION OF KAREN LISTER IN SUPPORT OF CLAIMANT CALPRIVATE BANK'S OPPOSITION TO RECEIVER'S MOTION FOR ORDER: (1) APPROVING RECEIVER'S RECOMMENDED TREATMENT OF CLAIMS (ALLOWED, DISALLOWED, DISPUTED); (2) APPROVING DISTRIBUTION METHODOLOGY; AND (3) APPROVING PROPOSED DISTRIBUTION PLAN** |
| GINA CHAMPION-CAIN AND ANI DEVELOPMENT, LLC, | |
| Defendants, and | |
| AMERICAN NATIONAL INVESTMENTS, INC., | |
| Relief Defendant. | |
| | Date:        August 29, 2022<br>Time:        11:30 AM<br>Courtroom:  14A<br>Trial Date:  None Set |

DECLARATION OF KAREN LISTER ISO CPB'S OPPOSITION TO RECEIVER'S        Case No. 3:19-cv-01628-LAB-AHG
CLAIMS DISTRIBUTION MOTION

PAGE 1

## DECLARATION OF KAREN LISTER

I, Karen Lister, declare as follows:

1.      I am the Executive Vice President and Chief Administrative Officer of CalPrivate Bank ("CalPrivate").  In that capacity, I have access to and custody and control over CalPrivate's books and records pertaining to its transactions with ANI License Fund, LLC and ANI Development, LLC.  I am familiar with the methods by which CalPrivate keeps those books and records and know from my own personal review and use of said records that those records were and are made in the regular course of CalPrivate's business from writings or data entries made at or near the events recorded by persons with personal knowledge of the events and with a business duty to CalPrivate to accurately record those events.  Thus, the statements made in this Declaration are based both upon my personal knowledge and my review of CalPrivate's business records pertaining to the transactions between ANI License Fund, LLC, ANI Development, LLC, the Guarantors (defined below) and CalPrivate.  If I were called upon to testify, I could and would competently testify thereto.  I make this declaration in support of CalPrivate's Opposition to Receiver's Motion for Order: (1) Approving Receiver's Recommended Treatment of Claims (Allowed, Disallowed, Disputed); (2) Approving Distribution Methodology; and (3) Approving Proposed Distribution Plan (the "Claims Distribution Motion").

2.      On or about September 9, 2015, CalPrivate, then known as San Diego Private Bank, made a commercial loan in the original principal amount of $5,000,000 to ANI License Fund, LLC ("ANI License") as borrower (the "Loan").

3.      The Loan is evidenced by, among other documents, a Business Loan Agreement and Promissory Note, each dated September 9, 2015.  True and correct copies of the Business Loan Agreement and Promissory Note are attached hereto

DECLARATION OF KAREN LISTER ISO CPB'S OPPOSITION TO RECEIVER'S
CLAIMS DISTRIBUTION MOTION          Case No. 3:19-cv-01628-LAB-AHG

PAGE 2

1  as **Exhibits A and B** respectively.

2      4.     The Business Loan Agreement was modified by several Change in

3  Terms Agreements that ultimately increased the line of credit to $12,500,000 and

4  extended the maturity date through June 19, 2020.  The most recent Change in

5  Terms Agreement was executed on April 4, 2017. A true and correct copy of the

6  April 4, 2017 Change in Terms Agreement is attached hereto as **Exhibit C**.

7      5.     The Loan is secured by two Commercial Security Agreements, each

8  dated September 9, 2015, one with ANI License as the Grantor and the other with

9  its parent, ANI Development, LLC ("ANI Development") as the Grantor (the

10 "Security Agreements").  True and correct copies of the Security Agreements are

11 attached hereto as **Exhibit D**.

12     6.     On or about September 10, 2015, the Security Agreements were

13 perfected by filing two UCC-1 Financing Statements, one with ANI License as the

14 Debtor and the other with ANI Development as the Debtor.  True and correct

15 copies of the UCC-1 Financing Statements are attached hereto as **Exhibit E**.

16     7.     The Loan is personally guaranteed by Kim H. Peterson, Peterson

17 Family Trust dated April 14, 1992, Gina Champion-Cain, and The Gina

18 Champion-Cain Revocable Trust Agreement dated June 26, 2012 (collectively, the

19 "Guarantors").  All of the aforementioned documents signed in relation to the Loan

20 are referred to collectively as the "Loan Documents."

21     8.     After CalPrivate was made aware of this action, on August 30, 2019,

22 CalPrivate, by and through its counsel, notified ANI License and the Guarantors

23 that it exercised its rights under the Loan Documents to decline any further

24 advances under the Loan and reserved all of its rights and remedies under the Loan

25 Documents. As of August 30, 2019, the Loan has an unpaid balance in the amount

26 of $12,475,000, plus interest to August 30, 2019 in the amount of $56,397.40, and

27

28

DECLARATION OF KAREN LISTER ISO CPB'S OPPOSITION TO RECEIVER'S      Case No. 3:19-cv-01628-LAB-AHG
CLAIMS DISTRIBUTION MOTION

PAGE 3

1   accruing interest from August 30, 2019, plus fees and costs.

2

3       I declare under penalty of perjury under the laws of the State of California

4   that the foregoing is true and correct.

5       Executed this 24 day of July , 2022 in La Jolla, California.

6

7                                               _____

8                                               Karen Lister

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF KAREN LISTER ISO CPB'S OPPOSITION TO RECEIVER'S        Case No. 3:19-cv-01628-LAB-AHG
CLAIMS DISTRIBUTION MOTION

28                                    PAGE 4