**EXHIBIT INDEX**

| Exhibit | Description | Page No. |
|---|---|---|
| Exhibit A | Business Loan Agreement, dated Sept. 9, 2015 | 6 |
| Exhibit B | Promissory Note, dated Sept. 9, 2015 | 13 |
| Exhibit C | Change in Terms Agreement, dated Apr. 4, 2017 | 16 |
| Exhibit D | Commercial Security Agreements, dated Sept. 9, 2015 | 26 |
| Exhibit E | UCC-1 Financing Statements, dated Sept. 10, 2015 | 38 |