# EXHIBIT C

# CHANGE IN TERMS AGREEMENT

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $12,500,000.00 | 09-09-2015 | 03-10-2018 | 52246 | | | PA | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "***" has been omitted due to text length limitations.

**Borrower:** ANI License Fund, LLC, a California limited liability company
3515 Hancock Street, Suite 200
San Diego, CA 92110

**Lender:** SAN DIEGO PRIVATE BANK
San Diego Office
550 West C Street, Suite 110
San Diego, CA 92101

**Principal Amount: $12,500,000.00** **Initial Rate: 7.000%** **Date of Agreement: April 4, 2017**

**DESCRIPTION OF EXISTING INDEBTEDNESS.**

Promissory Note dated September 9, 2015 in the original Principal Amount of $5,000,000.00 as modified by Change in Terms Agreement dated June 20, 2016 increasing the Principal Amount to $7,500,000.00 together with all renewals, extensions and modifications related thereto (the "Note").

**DESCRIPTION OF COLLATERAL.**

Commercial Security Agreement dated September 9, 2015 perfected by UCC Financing Statement filed September 10, 2015 as filing #15-7484264001 (ANI License Fund, LLC) and Commercial Security Agreement dated September 9, 2015 perfected by UCC Financing Statement filed September 10, 2015 as filing #15-7484264485 (ANI Development, LLC).

**DESCRIPTION OF CHANGE IN TERMS.**

Effective March 10, 2017, the Note is hereby modified as follows:

1. The date on which all outstanding principal is due and payable together with any accrued but unpaid interest (the "Maturity Date") is hereby extended from March 10, 2017 to March 10, 2018.
2. The Principal Amount of the Note is hereby increased from $7,500,000.00 to $12,500,000.00. Borrower promises to pay to Lender, the principal amount of $12,500,000.00, or so much as may be outstanding, together with interest on the unpaid outstanding principal balance of each advance made under the Note.
3. The section entitled LINE OF CREDIT is modified to include the following as subsection (F). Borrower acknowledges and agrees that the current combined legal lending limit of Lender and Lender's participant is $12,448,000. Unless and until such lending limit is increased, Borrower will not receive advances and will not request advances in excess of the amount of $12,448,000.

The Business Loan Agreement is modified as follows:

1. The section entitled Guaranties is hereby modified as follows: ANI Development, LLC is hereby added as an unlimited Guarantor.
2. Commercial Guaranty of even date by ANI Development, LLC, a California limited liability company is executed concurrently with this Agreement.
3. The section entitled LOAN ADVANCES is hereby modified and restated as follows: Borrower may request an Advance by submitting to Lender a completed Loan Request in the form attached as Exhibit A at least three (3) days prior to the proposed funding. Each Advance shall be funded to Chicago Title Company pursuant to the form of Escrow Agreement attached hereto as Exhibit B. In the alternative, an Advance may be funded to a Borrower account with Lender to be funded to Chicago Title Company as provided in this Agreement. The date on which each Advance shall be repaid (the "Due Date") shall be three Business Days following the earliest of (1) the date License Applicant delivers to Escrow Holder the License Applicant's funds to replace the principal amount of the Advance, (2) the date the License Applicant's license transfer escrow is terminated because the ABC disapproved the License Applicant's transfer application, or (3) the date that is 300 days after the Loan Date for such Advance. Borrower shall pay to Lender for each Advance Lender's standard wire transfer fees. Borrower acknowledges and agrees that funds received from Chicago Title Company ("Escrow Holder") for repayment of each Advance shall be deposited into the Borrower's DDA account #212792 ("Restricted Account"). Borrower acknowledges and agrees that Borrower shall have no control over or access to the Restricted Account under any circumstances. Lender is hereby irrevocably authorized to debit the Restricted Account and credit Loan #52246 for the principal and interest owed on each Advance being repaid by Escrow Holder without any additional approval from Borrower. After Lender debits the Restricted Account for repayment of a particular Advance, Lender shall deposit any remaining funds held in the Restricted Account related to such Advance into the Borrower's DDA account # 00219355 ("Unrestricted Account"). Borrower shall have access only to the Unrestricted Account.
4. Add the following provision: **CONTRACTUAL COMMITMENT TO ADVANCE FUNDS.** The Lender agrees to advance funds under this Loan as long as the outstanding principal balance combined with all other outstanding obligations of the Borrower to the Lender and the amount of such advance is within the Lender's lending limit on the date of funding as determined under 12 U.S.C. 84 and regulations thereunder. If the advance of funds requested by Borrower will cause the Borrower's combined outstanding obligations to be greater than the institution's lending limit, then the Lender shall have no obligation to make such advance. The Lender's refusal to advance funds to Borrower under this condition will not be considered a breach of this contract and will release the Lender from its obligation to advance funds.

All other terms and conditions shall remain the same.

**PAYMENT. Borrower will pay this loan in one payment of all outstanding principal plus all accrued unpaid interest on March 10, 2018. In addition, Borrower will pay regular monthly payments of all accrued unpaid interest due as of each payment date, beginning April 10, 2017, with all subsequent interest payments to be due on the same day of each month after that.**

**VARIABLE INTEREST RATE.** The interest rate on this loan is subject to change from time to time based on changes in an independent index which is the U. S. Prime Rate as published in the Money Rates section of the Wall Street Journal (the "Index"). The Index is not necessarily the lowest rate charged by Lender on its loans. If the Index becomes unavailable during the term of this loan, Lender may designate a substitute index after notifying Borrower. Lender will tell Borrower the current Index rate upon Borrower's request. The interest rate change will not occur more often than each day. Borrower understands that Lender may make loans based on other rates as well. **The Index currently is 4.000% per annum.** Interest on the unpaid principal balance of this loan will be calculated as described in the "INTEREST CALCULATION METHOD" paragraph using a rate of 3.000 percentage points over the Index, resulting in an initial rate of 7.000%. NOTICE: Under no circumstances will the interest rate on this loan be more than the maximum rate allowed by applicable law.

**INTEREST CALCULATION METHOD. Interest on this loan is computed on a 365/365 simple interest basis; that is, by applying the ratio of the interest rate over the number of days in a year (365 for all years, including leap years), multiplied by the outstanding principal balance, multiplied by the actual number of days the principal balance is outstanding. All interest payable under this loan is computed using this method.**

**CONTINUING VALIDITY.** Except as expressly changed by this Agreement, the terms of the original obligation or obligations, including all agreements evidenced or securing the obligation(s), remain unchanged and in full force and effect. Consent by Lender to this Agreement does

# CHANGE IN TERMS AGREEMENT
## (Continued)

Loan No: 52246      Page 2

not waive Lender's right to strict performance of the obligation(s) as changed, nor obligate Lender to make any future change in terms. Nothing in this Agreement will constitute a satisfaction of the obligation(s). It is the intention of Lender to retain as liable parties all makers and endorsers of the original obligation(s), including accommodation parties, unless a party is expressly released by Lender in writing. Any maker or endorser, including accommodation makers, will not be released by virtue of this Agreement. If any person who signed the original obligation does not sign this Agreement below, then all persons signing below acknowledge that this Agreement is given conditionally, based on the representation to Lender that the non-signing party consents to the changes and provisions of this Agreement or otherwise will not be released by it. This waiver applies not only to any initial extension, modification or release, but also to all such subsequent actions.

**GUARANTOR EXHIBIT.** An exhibit, titled "GUARANTOR EXHIBIT," is attached to this Agreement and by this reference is made a part of this Agreement just as if all the provisions, terms and conditions of the Exhibit had been fully set forth in this Agreement.

PRIOR TO SIGNING THIS AGREEMENT, BORROWER READ AND UNDERSTOOD ALL THE PROVISIONS OF THIS AGREEMENT, INCLUDING THE VARIABLE INTEREST RATE PROVISIONS. BORROWER AGREES TO THE TERMS OF THE AGREEMENT.

**BORROWER:**

ANI LICENSE FUND, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

By: _____
Gina Champion-Cain, Manager of ANI License Fund, LLC, a California limited liability company

By: _____
Kim H. Peterson, Manager of ANI License Fund, LLC, a California limited liability company

**LENDER:**

SAN DIEGO PRIVATE BANK

X _____
Authorized Signer

LaserPro, Ver. 16.1.0.035 Copr. D+H USA Corporation 1997, 2017. All Rights Reserved. - CA K:\HARLAND\CFI\LPL\D20C.FC TR-2317 PR-1

Ex. C, pg. 17

# EXHIBIT A to Business Loan Agreement

(Loan Request Form)

2.

## Exhibit A

## LOAN REQUEST

To:  San Diego Private Bank
     9404 Genesee Avenue, Suite 100
     La Jolla, California 92037

Attn: Betsy Chadwick

ANI License Fund, LLC ("Borrower"), hereby requests from San Diego Private Bank ("SDPB") a Loan in the amount of $_____ on _____, 20__ (the "Loan Date") pursuant to the Loan Agreement between Borrower and Lender (the "Agreement"). Capitalized words and other terms used but not otherwise defined herein are used with the same meanings as defined in the Agreement.

Please wire funds to:

| | |
|---|---|
| Bank: | Union Bank, Monterey Park, CA |
| Escrow Agent: | Chicago Title Company |
| ABA Number: | 122000496 |
| Account Number: | 0010425492 |
| Reference: | Escrow/Title Order No. ~~32743-DD~~ 660610D 2 |
| Escrow Office Name: | Della Ducharme Unit |

Borrower represents that the conditions precedent to the Loan set forth in the Agreement are satisfied and shall be satisfied upon the making of such Loan, including but not limited to (i) that no event that has had or could reasonably be expected to have a material adverse effect has occurred and is continuing; (ii) that the representations and warranties set forth in the Agreement are and shall be true and correct in all material respects on and as of the Loan Date with the same effect as though made on and as of such date, except to the extent such representations and warranties expressly relate to an earlier date; (iii) that Borrower is in compliance with all the terms and provisions set forth in each Loan Document on its part to be observed or performed; and (iv) that as of the Loan Date, no fact or condition exists that would (or would, with the passage of time, the giving of notice, or both) constitute an Event of Default under the Loan Documents. Borrower understands and acknowledges that SDPB has the right to review the financial information supporting this representation and Lender may decline to fund the requested Loan if following such review SDPB reasonably concludes such representation is not accurate in any material respect.

Borrower hereby represents that Borrower's corporate status and locations have not changed since the date of the Agreement.

Borrower agrees to notify SDPB promptly before the funding of the Loan if any of the matters which have been represented above were not true and correct on the Loan Date, and if Lender has received no such notice before the Loan Date, then the statements set forth above shall be deemed to have been made and shall be deemed to be true and correct as of the Loan Date.

Executed as of _____, 20__

ANI License Fund, LLC,

By_____
   Kim H. Peterson or Gina Champion Cain

# EXHIBIT B to Business Loan Agreement

## (Escrow Agreement)

Escrow No. 66061-DD

Chicago Title Company
701 B Street, Suite 760
San Diego, California 92101

ESCROW AGREEMENT
(Holding Funds)

This Escrow Agreement ("Agreement") is made and entered into as of _____, 2017, by and between ANI Development, LLC, a California limited liability company ("Lender"), and Chicago Title Company, a California corporation ("Escrow Holder").

RECITALS

Lender desires to deposit certain funds and direct others to deposit certain funds (the "Deposit") into this Escrow and to provide Escrow Holder with written instructions setting forth the conditions under which Escrow Holder will invest and hold the funds and ultimately disburse them.

Lender and Escrow Holder understand that this is a limited escrow only and is being opened for the benefit of _____ ("Applicant"), who is applying for approval of a transfer to Applicant of a license issued by the California Department of Alcoholic Beverage Control ("ABC") under Business and Professions Code sections 24070-24082. The license that is the subject of Applicant's application to ABC is License No. _____ ("the License").

NOW, THEREFORE, the parties agree as follows:

AGREEMENTS

Deposit. Within five business days following the date this Agreement is signed by Lender and Escrow Holder, Lender will cause to be deposited a total sum of $_____ ("the Deposit") with Escrow Holder for the refundable deposit for Applicant's application to ABC for approval of transfer to Applicant of the License. The source of funds for the Deposit shall be from an account at San Diego Private Bank in the name of ANI License Fund, LLC. Escrow Holder will do the following:

Invest Funds. Place the Deposit into an interest-bearing account with all interest accruing to the account of Lender. Concurrently herewith, Lender will provide Escrow Holder with the required IRS Form W-9 and Investment Instructions required to establish such account.

226 Form. Escrow Holder shall send to ABC a completed Form 226 upon Escrow Holder's receipt of the Deposit.

Ownership of Deposit. It is acknowledged and understood that only ANI License Fund, LLC has an ownership interest in the Deposit and that Lender has no ownership interest in the Deposit and has no right to direct the disposition of the Deposit except as set forth in and as provided in the Release of Deposit paragraph as follows.

Release of the Initial Deposit. At any time, Lender may provide written instructions to Escrow Holder to release all or a portion of the Deposit and the interest thereon. During the term of this Escrow, upon the written instructions from the Lender, Escrow Holder will disburse the Deposit and, as instructed by the Lender, only to the following account:

>San Diego Private Bank
>ABA # 122244029
>FCC: ANI License Fund, LLC
>A/C# 212792

Upon receipt of such instructions, Escrow Holder's only duty is to comply with said instructions and to disburse the Deposit as requested by Lender, and in accordance with this Escrow Agreement.

Escrow Holder's Requirement to Terminate Escrow. Escrow Holder shall terminate this Escrow upon the instructions of Lender or 300 days after this Escrow has been opened, unless requested to do otherwise by both Lender and San Diego Private Bank. At the time that this Escrow is terminated, the Deposit and, as instructed by the Lender, any interest thereon shall be disbursed to the ANI License Fund, LLC account referenced above, and all remaining funds shall be disbursed to Lender unless otherwise directed, less Escrow Holder's unpaid fees.

Escrow Holder's Fee. Lender shall pay to Escrow Holder a fee in the amount of $1,000.00 for Escrow Holder's services provided in connection with this Escrow, which fee shall be paid $500.00 upon Escrow Holder's receipt of the Deposit and $500.00 upon Escrow Holder's release of the Deposit.

Escrow Holder's General Provisions. By signature hereon, Lender approves Escrow Holder's General Provisions, a copy of which is attached to this Agreement as Exhibit "A" and are incorporated by reference as if fully set forth in this section.

Escrow Holder's Wiring Instructions. By signature hereon, Lender approves Escrow Holder's Wiring Instructions directive, a copy of which is attached to the Agreement as Exhibit "B" and are incorporated by reference as if fully set forth in this section.

Third-Party Beneficiary. The Lender and the Escrow Holder agree that San Diego Private Bank shall be, and is hereby, named an express third party beneficiary of this Agreement, with full rights as such. The language of this Agreement relating to "Release of Deposit" and "Escrow Holder's Requirement to Terminate Escrow" cannot be amended without the advance written consent of the San Diego Private Bank.

IN WITNESS WHEREOF, this Agreement has been executed by the parties effective as of the date indicated above.

**LENDER**

ANI Development, LLC,
a California limited liability company
3515 Hancock Street, Suite 200
San Diego, CA 92110

By_____
    Gina Champion-Cain

Date: _____, 2017

**ESCROW HOLDER**

Chicago Title Company,
a California corporation

By_____

Print Name: _____

Date: _____, 2017

# GUARANTOR EXHIBIT

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $12,500,000.00 | 09-09-2015 | 03-10-2018 | 52246 | | | PA | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item. Any item above containing "***" has been omitted due to text length limitations.

**Borrower:** ANI License Fund, LLC, a California limited liability company
3515 Hancock Street, Suite 200
San Diego, CA 92110

**Lender:** SAN DIEGO PRIVATE BANK
San Diego Office
550 West C Street, Suite 110
San Diego, CA 92101

This GUARANTOR EXHIBIT is attached to and by this reference is made a part of the Change In Terms Agreement, dated April 4, 2017, and executed in connection with a loan or other financial accommodations between SAN DIEGO PRIVATE BANK and ANI License Fund, LLC, a California limited liability company.

Guarantors have reviewed the Change in Terms Agreement and hereby consent to its execution by Borrower. Guarantors acknowledge and agree that: (a) The execution of the Change in Terms Agreement shall not impair, limit, abrogate or reduce in any manner or to any extent the obligations of Guarantors under the Guaranty; and (b) Lender would not enter into the Change in Terms Agreement without the execution and delivery of this consent. Guarantors acknowledge and agree that, notwithstanding the execution of the Change in Terms Agreement: (a) Guarantors remain liable under and pursuant to the Guaranty to the fullest extent as if the original provisions of the Related Documents were as reflected in the Related Documents as modified by the Change in Terms Agreement; (b) Each provision of the Guaranty remains unaffected and unchanged and in full force and effect, and (c) Guarantors hereby renew, reaffirm, ratify and confirm the Guaranty.

GUARANTORS:

PETERSON FAMILY TRUST DATED 4/14/1992

BY:____________________
Kim H. Peterson, Trustee of the Peterson Family Trust

X:____________________
Kim H. Peterson, Individually

THE GINA CHAMPION-CAIN REVOCABLE TRUST AGREEMENT DATED JUNE 26, 2012

By:____________________
Gina Champion-Cain

X:____________________
Gina Champion-Cain, Individually

ANI DEVELOPMENT, LLC, a California limited liability company

By:____________________
Gina Champion-Cain, Mananger

THIS GUARANTOR EXHIBIT IS EXECUTED ON APRIL 4, 2017.

BORROWER:

ANI LICENSE FUND, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

By:____________________
Gina Champion-Cain, Manager of ANI License Fund, LLC, a California limited liability company

By:____________________
Kim H. Peterson, Manager of ANI License Fund, LLC, a California limited liability company

Loan No: 52246 | **GUARANTOR EXHIBIT (Continued)** | Page 2

LENDER:

SAN DIEGO PRIVATE BANK

X _____
Authorized Signer

LaserPro, Ver. 16.1.0.035 Copr. D+H USA Corporation 1997, 2017. All Rights Reserved. - CA K:\HARLAND\CFI\LPL\D20C.FC TR-2217 PR-1