**EXHIBIT INDEX**

| Exhibit | Description | Page No. |
|---|---|---|
| Exhibit A | Receiver's Deficiency Letter, dated Mar. 30, 2022 | 6 |
| Exhibit B | CalPrivate's Refutation Letter, dated Apr. 12, 2022 | 9 |
| Exhibit C | Holding Funds Agreement, dated Dec.. 31, 2018 | 14 |
| Exhibit D | Business Account Agreement | 21 |
| Exhibit E | Minute Order, dated Apr. 12, 2021 | 28 |