# EXHIBIT D

 

# CITY NATIONAL BANK
### AN RBC COMPANY

## BUSINESS ACCOUNT AGREEMENT

### GENERAL ACCOUNT INFORMATION

Account Holder(s) ("Client")/dba: CHICAGO TITLE COMPANY, A CA CORPORATION

Type of Account: Business Checking    Account Number: 555337205
Mailing Address: 4210 RIVERWALK PARKWAY STE 200 RIVERSIDE, CA 92505
Telephone: Information on File    E-Mail/Fax: Information on File

## MINIMUM NUMBER OF SIGNATURES REQUIRED FOR AUTHORIZED WITHDRAWAL: 2

Signature Message Code: 2 Signatures Required (019)

### Taxpayer Information

BY SIGNING THE "AGREEMENT BY CLIENT" BELOW, I/WE CERTIFY UNDER PENALTIES OF PERJURY THAT:

1. THE CORRECT TAXPAYER IDENTIFICATION NUMBER OF THE ACCOUNT HOLDER TO BE USED FOR TAX REPORTING PURPOSES IS: 36-3341513 ; and,
2. THE ACCOUNT HOLDER IS NOT SUBJECT TO BACKUP WITHHOLDING DUE TO FAILURE TO REPORT INTEREST AND DIVIDEND INCOME; and,
3. THE ACCOUNT HOLDER IS A U.S. PERSON OR A U.S. RESIDENT ALIEN; and,
4. THE ACCOUNT HOLDER IS EXEMPT FROM FATCA REPORTING AND THE FATCA CODE (if any) ENTERED IS CORRECT.

EXCEPT (Check applicable box)

☐ The Account Holder is currently subject to backup withholding and has not been notified by the Internal Revenue Service that backup withholding has been terminated.

☐ The Account Holder is a Non-Resident Alien, Foreign Citizen or Foreign Entity and is exempt from backup withholding and information reporting and an appropriate IRS Form W-8, Foreign Status Certificate has been completed.

Exemption from backup withholding payee code (if any) _____ Exemption from FATCA reporting code for accounts outside US only _____
Government Regulation may require that CNB report interest income information.

### RESOLUTION

RESOLVED: The President, any Vice President, the Secretary or the Treasurer of this Company is and at all times was authorized to enter into deposit, fund transfer, brokerage, investment, treasury management and deposit service agreements with City National Bank or City National Securities, Inc. on behalf of this Company and to designate from time to time who is authorized to withdraw funds, initiate payment order and otherwise give instructions on behalf of this Company with respect to its deposit and brokerage accounts. RESOLVED FURTHER: This authorization is in addition to any other authorizations in effect and shall remain in full force until City National Bank and City National Securities, Inc., receive written notice of its revocation at the address(es) and in the manner designated by them.

Certification by Secretary: I certify that: (1) I am the Secretary or Assistant Secretary of the Company named above; (2) the foregoing Resolution is a complete and accurate copy of a Resolution duly adopted by the Company's Board of Directors (or by the Company's member if it is an unincorporated association); (3) the Resolution is in full force and has not been revoked or changed in any way; and (4) the signature(s) in the "Agreement by Client" and "Authorized Signers" sections of this form are the genuine signatures of the person(s) authorized to take action by the Resolution

SIGNATURE OF SECRETARY (SIGN IN BLACK INK ONLY AND SIGN ON SIGNATURE LINE BELOW)

_Christene [signature]_ BANKING ADMIN    See Resoultion on File    9-22-17
Signature of Secretary or Assistant Secretary    Date    SUPERSEDES RECEIVED

OCT 03 2017

CENTRAL OPS #025
NEW ACCOUNTS SERVICES

9/21/2017    Page 1 of 4    City National Bank
Revised 7/28/2017

Ex. D, pg. 21

Account Title: CHICAGO TITLE COMPANY, A CA CORPORATION

Account Number: 555337205

## AGREEMENT BY CLIENT

On behalf of the named Client, by signing below I/we acknowledge receipt of the Account Agreement and Disclosures and applicable disclosures and fee schedule(s) containing the terms, conditions and fees governing the account(s), products and services designated above and any accounts designated under "Additional Accounts" below and any products and services later contracted for, as amended by disclosures and fee schedule(s) provided at the time of contracting. I/We agree that these terms, conditions and fees govern each account established with City National Bank ("CNB") or City National Securities, Inc. ("CNS") and each service now or later contracted for, as amended by later disclosures. I/We agree that CNB or CNS may provide additional terms, conditions and fees from time to time, depending upon the products and services selected by me/us and that CNB or CNS may amend or change these terms, conditions and fees from time to time on any required notice. If any terms, conditions, fees and any changes thereto are not acceptable to me/us, I/we will close the account(s) or discontinue the service. Where applicable, my/our continued use of the products and/or services after receipt of the terms, conditions, fees and amendments constitute my/our acceptance of such terms, conditions, fees and amendments thereto. I/We agree that the Authorized Signer(s) may withdraw funds and initiate and confirm payment orders pursuant to the security procedure selected respecting the account(s) and each Authorized Signer may establish additional accounts with CNB or CNS in the same name(s) and subject to the same signing authority stated above, contract for additional services for the account(s), and otherwise give instruction to CNB or CNS. If I/We indicated we would like information about the products and services of CNS, you are authorized to share information about me/us between CNB and CNS.

## FURTHER AGREEMENT FOR TREASURY MANAGEMENT

Capitalized terms used in this Authorization and Agreement, not otherwise defined, have the meanings given to them in the City National Bank Treasury Management Services Disclosure and Agreement (the "Agreement").

By signing below, the undersigned, on behalf of the Business Organization named below (the "Client"), acknowledges receipt of the Agreement and agrees to adhere to the terms and conditions contained in the Agreement, any applicable User Documentation, setup forms, related documents, and any other disclosures provided to the Client with regard to the provision of one or more City National Bank Treasury Management Services.

The Agreement supersedes other treasury management service agreements between the Client and CNB. For certain Treasury Management Services, the Agreement authorizes on page 5 the Client's System Administrator to assign passwords, user names, and Personal Identification Numbers to persons that will enable the persons to conduct transactions on deposit accounts set up on the Treasury Management Service, notwithstanding the signing authority identified in the deposit agreement. The System Administrator may also designate one or more other persons to perform these same functions the System Administrator is authorized to perform (each such person being called a "User Administrator"). THE AGREEMENT ALSO PROVIDES FOR BINDING ARBITRATION OF DISPUTES.

The Client may from time to time request CNB to provide one or more of the Services described in the Agreement. Subject to CNB's approval, the Client may begin to use any Service requested once CNB has received all required forms properly completed and the Client has successfully fulfilled any applicable user requirements, including but not limited to testing and training.

Further, the undersigned represents and warrants that the Client has taken all actions required to authorize the undersigned on behalf of the Client to execute and deliver this Authorization and Agreement and any other documents CNB may require with respect to a Service and that, when signed by the undersigned, this Authorization and Agreement is the valid and binding act of the Client.

I/We certify to CNB and CNS that all the information on this Agreement is true and correct. I/We authorize CNB to obtain a ChexSystem or other similar report on Client and to report Information. I/We authorize CNB to obtain a ChexSystem or other similar consumer report on each of us signing below and to report information. If I ask, CNB will tell me whether a consumer report was ordered and, if one was ordered, the name and address of the consumer reporting agency that furnished it.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid back up withholding.

SIGN IN BLACK INK ONLY AND ON THE SIGNATURE LINE BELOW

Signature: _[signature]_

Name/Title: BANKING ADMIN/SEE RESOULTION ON FILE/

Date: 9-22-17    Place of Signing: Jacksonville, FL
(City and State)

SIGN IN BLACK INK ONLY AND ON THE SIGNATURE LINE BELOW

Signature: _____

Name/Title: BANKING ADMIN/SEE RESOULTION ON FILE/

Date: _____  Place of Signing: _____
(City and State)

AUTHORIZED SIGNERS (SIGN IN BLACK INK ONLY AND SIGN IN BOX BELOW)

Account Title :
CHICAGO TITLE COMPANY, A CA CORPORATION

Account Number:
555337205

Name: JOAN HAWKINS
Title: Authorized Signer
Restriction/Alias Name/Facsimile:

Name: PATRICIA SCHLAGECK
Title: Authorized Signer
Restriction/Alias Name/Facsimile:

Fidelity National Financial, Inc.
Treasury Department
601 Riverside Avenue, Jacksonville, FL 32204


**FIDELITY**
NATIONAL FINANCIAL

March 10, 2016

Ms. Elizabeth Sosa-Gutierrez
City National Bank
555 S. Flower Street
17th Floor
Los Angeles, California 90071

Re:   Empowerment Letter for Fidelity National Financial, Inc. and subsidiaries

Dear Ms. Elizabeth Sosa-Gutierrez:

The Corporate Resolutions of the companies listed on the attached Exhibit A empower the Treasurer to designate those individuals having the authority to maintain or amend Company bank accounts. If these resolutions are not on file with your bank please contact Banking Administration at 904-854-8521 to obtain copies.

In accordance with these resolutions, each of the following individuals acting alone are hereby granted the following authorities on all bank accounts belonging to the companies listed on the attached Exhibit A: **request information; add, modify or delete signatories and wire users; establish or modify banking, cash management or investment services** and **close accounts**. Signature specimens for these individuals are attached. This letter supersedes all previous authorizations.

### Individuals Empowered to Maintain or Amend Company Bank Accounts

| Dawn Cecil | Don Eppley | Sir G. Fitz'Gerald |
| Christina Green | Sonia L. Green | Pamela Luckow |
| Daniel K. Murphy | Donna M. Tew | |

Sincerely,

Daniel K. Murphy
Senior Vice President and Treasurer

APPROVED BY:
LUIS VERA, VP/OPS. MANAGER
DATE: 3/24/16

Ex. D, pg. 24

**EXHIBIT A**
March 10, 2016

**Fidelity National Financial, Inc.**
**Empowerment Letter for City National Bank**
ALL ACCOUNTS

| Company Name | Tax ID Number |
|---|---|
| Fidelity National Financial, Inc. | |
| Chicago Title Company | |
| Escrow Experts, Inc | |
| Fidelity National Title Company | |
| Lawyers Title Company | |
| Preferred Choice Escrow | |
| Ticor Title Company of California | |
| Versal Escrow Services, Inc. | |

In accordance with the corporate resolutions of Fidelity National Financial, Inc. and its subsidiary companies, each of the following individuals acting alone are hereby granted the following authorities on all bank accounts belonging to these companies: **request information; add, modify or delete signatories and wire users; establish or modify banking, cash management or investment services and close accounts.**

### SPECIMEN SIGNATURES

Daniel K. Murphy
SVP/Treasurer

Don Eppley
VP Banking Administration

Dawn Cecil
Banking Administrator

Sir Fitz'Gerald
Banking Administrator

Christina Green
Banking Administrator

Sonia L. Green
Banking Administrator

Pamela Luckow
Banking Administrator

Donna M. Tew
Banking Administrator

Account Title: CHICAGO TITLE COMPANY, A CA CORPORATION
Account Number: 555337205

## BANK USE ONLY

| Today's Date / Time<br>9/21/2017 9:33 AM   10·3·17 | Opened By<br>Debra Rodriguez | Opening Deposit  $0.00 |
|---|---|---|
| Supersedes Card Dated<br>TEMP CARD NO SIGS | Superseded By | |
| Officer(s): 80715, 00707 | | Is the entity doing business in the state the account is opened?  Yes |
| Original Opening Date<br>9·21·17 | Reviewed By  W | |
| Date Closed | Reason Closed | Type of Business/NAICS Code<br>541191 |

### ADDITIONAL ACCOUNTS
Client authorizes the following additional accounts:

| ACCOUNT INFORMATION | | OPENED | | REVIEWED | DATE | CLOSING REASON |
|---|---|---|---|---|---|---|
| TYPE | ACCOUNT NO. | DATE | BY | BY | CLOSED | |
| | | | | | | |

9/21/2017  Page 4 of 4  City National Bank  Revised 7/28/2017

Ex. D, pg. 27