Everett G. Barry, Jr. (SBN 053119)
John H. Stephens (SBN 082971)
Christopher B. Ghio (SBN 259094)
MULVANEY BARRY BEATTY LINN & MAYERS LLP
401 West A Street, 17th Floor
San Diego, CA 92101-7994
Telephone: (619) 238-1010 / Fax: (619) 238-1981
Emails: ebarry@mulvaneybarry.com;
jstephens@mulvaneybarry.com;
cghio@mulvaneybarry.com

Michael G. Yoder (SBN 83059)
Adam G. Levine (SBN 307940)
Ashton Massey (SBN 307940)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660-6429
Telephone: (949) 823-6900 / Fax: (949) 823-6994
Emails: myoder@omm.com; alevine@omm.com
amassey@omm.com

Attorneys for Claimant
CALPRIVATE BANK

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GINA CHAMPION-CAIN AND ANI DEVELOPMENT, LLC,<br><br>Defendants, and<br><br>AMERICAN NATIONAL INVESTMENTS, INC.,<br><br>Relief Defendant. | CASE NO. 3:19-CV-01628-LAB-AHG<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I, Ashton T. Massey declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 610 Newport Center Drive, 17th Floor, Newport Beach, CA 92660.

On June 25, 2022, I caused to be served the following document(s):

**CALPRIVATE BANK'S OPPOSITION TO RECEIVER'S MOTION FOR ORDER: (1) APPROVING RECEIVER'S RECOMMENDED TREATMENT OF CLAIMS (ALLOWED, DISALLOWED, DISPUTED); (2) APPROVING DISTRIBUTION METHODOLOGY; AND (3) APPROVING PROPOSED DISTRIBUTION PLAN**

**DECLARATION OF KAREN LISTER IN SUPPORT OF CLAIMANT CALPRIVATE BANK'S OPPOSITION TO RECEIVER'S MOTION FOR ORDER: (1) APPROVING RECEIVER'S RECOMMENDED TREATMENT OF CLAIMS (ALLOWED, DISALLOWED, DISPUTED); (2) APPROVING DISTRIBUTION METHODOLOGY; AND (3) APPROVING PROPOSED DISTRIBUTION PLAN**

**DECLARATION OF JOHN H. STEPHENS IN SUPPORT OF CLAIMANT CALPRIVATE BANK'S OPPOSITION TO RECEIVER'S MOTION FOR ORDER: (1) APPROVING RECEIVER'S RECOMMENDED TREATMENT OF CLAIMS (ALLOWED, DISALLOWED, DISPUTED); (2) APPROVING DISTRIBUTION METHODOLOGY; AND (3) APPROVING PROPOSED DISTRIBUTION PLAN**

**CALPRIVATE BANK'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF KRISTA L. FREITAG IN SUPPORT OF MOTION FOR ORDER: (1) APPROVING RECEIVER'S RECOMMENDED TREATMENT OF CLAIMS (ALLOWED, DISALLOWED, DISPUTED); (2) APPROVING DISTRIBUTION METHODOLOGY; AND (3) APPROVING PROPOSED DISTRIBUTION PLAN**

☒ I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List.

*Please see attached Service List.*

☒  in a sealed envelope, postage fully paid, addressed as follows:

Gina Champion-Cain
4014 Bandini Street
San Diego, CA 92103

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 25, 2022, at Newport Beach, California.

_____
Ashton T. Massey

Service List

| | |
|---|---|
| Steven M. Strauss<br>Mazda K. Antia<br>Megan L. Donohue<br>COOLEY LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Telephone: (858) 550-6000<br>Facsimile: (858) 550-6420<br>Emails: sms@cooley.com<br>mantia@cooley.com<br>mdonohue@cooley.com | STEVEN A. GOLDFARB<br>HAHN LOESER & PARKS, LLP<br>600 West Broadway, Suite 1500<br>San Diego, CA 92101<br>Telephone: (619) 810-4314<br>Facsimile: (619) 810-4301<br>Email: sgoldfarb@hahnlaw.com |
| Kathryn C. Wanner<br>Securities and Exchange Commission<br>444 S. Flower Street, Suite 900<br>Los Angeles, CA 90071 Email:<br>Email: wannerk@sec.gov | Philip C. Tencer<br>Sam Sherman<br>Tencer Sherman LLP<br>12520 High Bluff Drive, Suite 230<br>San Diego, CA 92130<br>Telephone: (858) 408-6900<br>Emails: Phil@tencersherman.com<br>Sam@tencersherman.com |
| Jeffrey Zinder<br>Jacqueline Zinder<br>McCOY LEAVITT LASKEY LLC<br>25101 The Old Road, Ste. 222<br>Stevenson Ranch, CA 91381<br>Telephone: (818) 760-0100<br>Facsimile (818) 760-0103<br>Emails: JEZinder@MLLlaw.com<br>JLZinder@MLLlaw.com | Thomas W. McNamara<br>Logan D. Smith<br>Cornelia J.B. Gordon<br>McNamara Smith LLP<br>655 W. Broadway, Suite 900<br>San Diego, California 92101<br>Tel.: (619) 269-0400<br>Fax: (619) 269-0401<br>Emails: lsmith@mcnamarallp.com<br>tmcnamara@mcnamarallp.com<br>cgordon@mcnamarallp.com |

| | |
|---|---|
| Philip H. Dyson<br>Laura Smith<br>Law Offices of Philip H. Dyson<br>8461 La Mesa Boulevard<br>La Mesa, CA 91942<br>Telephone: (619) 462-3311<br>Emails: phildysonlaw@gmail.com<br>jodi@phildysonlaw.com<br>laura@phildysonlaw.com<br>morgan@phildysonlaw | Edward Patrick Swan, Jr.<br>Shireen Matthews<br>Alyssa Moscrop<br>Jones Day<br>4655 Executive Drive, Suite 1500<br>San Diego, CA 92121<br>Telephone (858) 314-1200<br>Facsimile (844) 345-3178<br>Emails: pswan@jonesday.com<br>shireenmatthews@jonesday.com<br>amoscrop@jonesday.com |
| Greg Vega<br>Ricardo Arias<br>Sarah Shekhter<br>Seltzer Caplan McMahon Vitek<br>750 B Street, Suite 2100<br>San Diego, CA 92101<br>Telephone: (619) 685-3003<br>Facsimile: (619) 685-3110<br>Emails: vega@scmv.com<br>arias@scmv.com<br>shekhter@scmv.com | Heather L. Rosing<br>Earll M. Pott<br>Tara Burd<br>KLINEDINST PC<br>501 West Broadway, Suite 600<br>San Diego, California 92101<br>Telephone: (619) 239-8131<br>Facsimile: (619) 238-8707<br>Emails: hrosing@klinedinstlaw.com<br>epott@klinedinstlaw.com<br>tburd@klinedinstlaw.com<br>Faith Ann McGee (Legal Assistant)<br>Monica Ruiz (Legal Assistant)<br>Lorri Taylor (Legal Assistant)<br>fmcgee@klinedinstlaw.com<br>mruiz@klinedinstlaw.com<br>lataylor@klinedinstlaw.com |
| James P. Armstrong<br>The Armstrong Firm<br>A Professional Corporation<br>737 Pearl Street, Suite 204<br>La Jolla, CA 92037<br>Telephone: (619) 315-9008<br>Facsimile: (858) 228-5934<br>Email: James@TheArmstrongFirm.net | Justin L. Shrenger<br>Law Offices of Justin J. Shrenger, APC<br>4601 Wilshire Boulevard, Suite 240<br>Los Angeles CA 90010<br>Telephone: (213) 625-8886<br>Email: mail@shrenger.com |

| | |
|---|---|
| Michael G. Yoder<br>Adam G. Levine<br>Tyler Bittner<br>Ashton T. Massey<br>O'Melveny & Myers LLP<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, California 92660-6429<br>Telephone: (949) 823-6900<br>Facsimile: (949) 823-6994<br>Emails: myoder@omm.com;<br>alevine@omm.com;<br>tbittner@omm.com<br>amassey@omm.com | Everett G. Barry, Jr.<br>John H. Stephens<br>Christopher B. Ghio<br>Mulvaney Barry Beatty Linn & Mayers LLP<br>401 West A Street, 17th Floor<br>San Diego, CA 92101-7994<br>Telephone: (619) 238-1010<br>Facsimile: (619) 238-1981<br>Emails: ebarry@mulvaneybarry.com;<br>jstephens@mulvaneybarry.com;<br>cghio@mulvaneybarry.com |
| David R. Zaro<br>Mark R. Hartney<br>Matthew D. Pham<br>Allen Matkins Leck Gamble Mallory & Natsis LLP<br>865 South Figueroa Street, Suite 2800<br>Los Angeles, California 90017-2543<br>Phone: (213) 622-5555<br>Fax: (213) 620-8816<br>Emails: dzaro@allenmatkins.com<br>mhartney@allenmatkins.com<br>pham@allenmatkins.com | Edward G. Fates<br>Allen Matkins Leck Gamble Mallory & Natsis LLP<br>One America Plaza<br>600 West Broadway, 27th Floor<br>San Diego, California 92101-0903<br>Phone: (619) 233-1155<br>Fax: (619) 233-1158<br>Email: tfates@allenmatkins.com |
| Gina Champion-Cain<br>4014 Bandini Street<br>San Diego, CA 92103<br>Email: Ginachampioncain1965@gmail.com | |