1  JAMES P. ARMSTRONG (SBN 193257)
   James@TheArmstrongFirm.net
2  THE ARMSTRONG FIRM
   A PROFESSIONAL CORPORATION
3  737 Pearl Street, Suite 204
   La Jolla, California 92037
4  Tel: 619.315.9008 Fax: 858.228.5934

5  Attorneys for Interested Parties:
   Wakefield Capital, LLC, Wakefield
6  Investments, LLC, 2Budz Holding, LLC

7                    UNITED STATES DISTRICT COURT

8                  SOUTHERN DISTRICT OF CALIFORNIA

9

10  SECURITIES AND EXCHANGE            Case No. 3:19-cv-01628-LAB-AHG
    COMMISSION,
11                                     **NON-PARTIES WAKEFIELD
                Plaintiff,             CAPITAL, LLC, WAKEFIELD
12                                     INVESTMENTS, LLC, AND 2BUDZ
          v.                           HOLDING, LLC'S COMBINED
13                                     JOINDER TO OPPOSITIONS OR
    GINA CHAMPION-CAIN and ANI         PORTIONS THEREOF TO THE
14  DEVELOPMENT, LLC,                  RECEIVER'S PROPOSED CLAIM
                                       HANDLING MOTIONS (DKT 807
15              Defendants.            THROUGH, 807-21)**

16                                     Date:      August 29, 2022
                                       Time:      11:30 a.m.
17                                     Judge:     Hon. Larry A. Burns
                                       Courtroom: 14A
18

19          Subject to this Court granting their *ex parte* application [dkt 823] for leave to

20  file this joinder, Wakefield Capital, LLC, Wakefield Investments, LLC, and 2Budz

21  Holding, LLC (collectively, the "Wakefield Parties") respectfully submit their

22  combined joinder to oppositions or portions thereof filed by other parties and non-

23  parties to the Receiver's Motion for Order (1) Approving Receiver's Recommended

24  Treatment of Claims, (2) Approving Distribution Methodology, and (3) Approving

25  Proposed Distribution Plan ("Claim Handling Motions") [dkt 807 – 807-21] and for

26  the Receiver's Motion to Approve Settlement Agreement with Chicago Title Company

27  and Chicago Title Insurance Company [dkt 795] and Chicago Title's joinder thereto

28  [dkt 796] (collectively, the "Cramdown Motion").

The Wakefield Parties respectfully join in the following documents or portions thereof as indicated in opposition to the Cramdown Motion:

1) Dkt 832 – ABC Funding Objection to dkt 795, 796

    a) pages 7:8-9:28

    b) pages 10:3-11:15 excluding references to "investors"

    c) pages 11:23-13:13 excluding references to "investors"

    d) pages 14:10-16:23 excluding references to "investors"

    e) page 17:8-19

2) Dkt 833 – Ovation Objection to dkt 795, 796

    a) pages 17:10-18:27

    b) page 20:14-21:2

    c) page 22:5-11, 22:25-28

    d) pages 23:22-24:12

    e) pages 24:15-27

3) Dkt 841 – Calprivate Objection to dkt 795, 796

    a) pages 1:1-2:15

    b) pages 2:23-3:13 (exclusive of footnote 2)

    c) pages 3:20-17:3

    d) pages 18:12-19:8

    e) pages 21:21-22:4, 22:7-23:9, 23:13-25:17

RESPECTFULLY SUBMITTED July 25, 2022.

**THE ARMSTRONG FIRM**
A PROFESSIONAL CORPORATION

By: */s/ James Armstrong*
    James Armstrong
    Attorneys for Interested Parties Wakefield
    Capital, LLC, Wakefield Investments, LLC,
    2Budz Holding, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2022 I electronically filed the foregoing document/s with the Clerk of the Court using the CM/ECF system to effectuate service on all participants of record on even date herewith, with all such participants being registered with the CM/ECF system.

By: */s/ James Armstrong*