Heather L. Rosing, Bar No. 183986
Earll M. Pott, Bar No. 156516
Tara R. Burd, Bar No. 276676
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 400-8000/FAX (619) 238-8707
hrosing@klinedinstlaw.com
epott@klinedinstlaw.com
tburd@klinedinstlaw.com

Attorneys for NOSSAMAN LLP and MARCO COSTALES

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GINA CHAMPION-CAIN AND ANI DEVELOPMENT, LLC,<br><br>Defendants, and<br><br>AMERICAN NATIONAL INVESTMENTS, INC.<br><br>Relief Defendants. | Case No. 3:19-CV-01628-LAB-AHG<br><br>**NON-PARTIES NOSSAMAN LLP AND MARCO COSTALES' REQUEST FOR LEAVE TO FILE REPLY TO LIMITED OBJECTION BY THIRD-PARTY OVATION FUND MANAGEMENT II LLC TO RECEIVER'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT WITH CHICAGO TITLE ENTITIES AND IN SUPPORT OF BAR ORDER IN FAVOR OF NOSSAMAN LLP**<br><br>Judge:  Hon. Larry Alan Burns<br>Courtroom: 14A |

Non-parties Nossaman LLP and Marco Costales (collectively, "Nossaman") hereby respectfully request the Court's leave to file a Reply to Ovation Fund Management II LLC's Limited Objection to Receiver's Motion for Approval of Settlement Agreement ("Motion") with Chicago Title Company and Chicago Title Insurance Company ("CTC").

The Receiver filed its Motion on May 23, 2022 [Doc. 795.] That same date, CTC filed its Joinder in support of the Motion [Doc. 796.] The Motion seeks

approval of a global settlement agreement between CTC and the Receiver, which includes material terms concerning Nossaman. Specifically, Nossaman and CTC have entered into a settlement agreement which is contingent on this Court's entry of a Bar Order in favor of Nossaman and requested as part of the Motion. In exchange, Nossaman will pay $4.75 million to CTC and waive any potential claims against the Receiver.

On May 27, 2022, Nossaman requested leave to file a joinder [Doc. 800], which was granted on June 8, 2022 [Doc. 812.] Nossaman's joinder was also filed May 27, 2022. [Doc. 799.]

Consistent with the Court's scheduling order, Ovation filed a Limited Objection to the Receiver's Motion on July 25, 2022. Ovation's 28-page objection is limited to the portion of the Receiver's Motion that requests the Nossaman Bar Order.

Nossaman seeks leave to file a reply to Ovation's Limited Objection, in order to demonstrate that the Nossaman Bar Order is essential to bringing the litigation involving the Receivership to a close, and that it is not unfair to Ovation which has only a weak claim against Nossaman and already has been compensated for approximately 80% of its total losses. As the Court previously granted Chicago Title and the Receiver 25 pages to reply, because of the complexity of the issues presented, Nossaman respectfully requests the same.

KLINEDINST PC

DATED: August 15, 2022    By:    */s/ Earll M. Pott*
Heather L. Rosing
Earll M. Pott
Tara R. Burd
Attorneys for NOSSAMAN LLP and MARCO COSTALES

21452315.1

# CERTIFICATE OF SERVICE

**Securities and Exchange Commission v. Gina Champion-Cain, et al.**
United States District Court – Southern District Case No. 3:19-CV-01628-LAB-AHG

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 501 West Broadway, Suite 600, San Diego, California 92101.

On August 15, 2022, I served true copies of the following document(s) described as **NON-PARTIES NOSSAMAN LLP AND MARCO COSTALES' REQUEST FOR LEAVE TO FILE REPLY TO LIMITED OBJECTION BY THIRD-PARTY OVATION FUND MANAGEMENT II LLC TO RECEIVER'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT WITH CHICAGO TITLE ENTITIES AND IN SUPPORT OF BAR ORDER IN FAVOR OF NOSSAMAN LLP** on the interested parties in this action.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 15, 2022, at San Diego, California.

/s/ *Monica Ruiz*
Monica Ruiz

---

1
Case No. 3:19-CV-01628-LAB-AHG
NOSSAMAN LLP AND MARCO COSTALES'S REQUEST FOR LEAVE TO FILE REPLY TO OVATION'S LTD. OBJECTION TO RECEIVER'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT WITH CHICAGO TITLE