# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

<u>Case Name:</u>  **SEC v. Champion-Cain**          <u>Case Number:</u>  **19cv1628-LAB-AHG**

<u>Hon. Larry Alan Burns</u>          Ct. Deputy: T. Weisbeck          _____

     Currently on calendar for Tuesday, August 30, 2022 at 11:30 am is a hearing on two motions brought by the Receiver: the Motion for Approval of Settlement Agreement with Chicago Title Company and Chicago Title Insurance Company, (Dkt. No. 795); and the Motion for Order (1) Approving Receiver's Recommended Treatment of Claims (Allowed, Disallowed, Disputed); (2) Approving Distribution Methodology; and (3) Approving Proposed Distribution Plan, (Dkt. No. 807). Because of a conflict in the Court's calendar, the hearing is further continued to **<u>Wednesday, August 31, 2022 at 11:30 am</u>**. No appearances before Judge Burns will be required in this case on August 30, 2022.

     The hearing will be held in person. Any motions to appear telephonically must be filed no later than **<u>Thursday, August 25 at 12:00 noon</u>**.

Dated:  August 24, 2022

*/s/ Larry A. Burns*
**Hon. Larry Alan Burns**
United States District Judge