# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>GINA CHAMPION-CAIN AND ANI DEVELOPMENT, LLC,<br><br>  Defendants.<br><br>AMERICAN NATIONAL INVESTMENTS, INC,<br><br>  Relief Defendants | Case No.: 19-cv-1628-LAB-AHG<br><br>**ORDER DIRECTING SUPLEMENTAL BRIEFING** |

On August 31, 2022 the Court heard oral argument on Receiver Krista L. Freitag's motion to approve the settlement agreement reached with non-parties Chicago Title Company and Chicago Title Insurance Company (collectively "Chicago Title"). (Dkt. 795). The Court **ORDERS** parties and non-parties supporting or objecting to settlement approval to brief the following question:

1) Under California law, may Chicago Title, an alleged intentional tortfeasor, bring an indemnity claim against the Receivership Estate or a Receivership Entity?

In addition to other relevant authority, briefs should address the applicability of California Code of Civil Procedure section 875 and *Baird v. Jones*, 27 Cal. Rptr. 2d 232 (Cal Ct. App. 1993).

Briefing will be simultaneous; no responsive briefing will be permitted. All briefs must be no longer than 10 pages and be filed on or before **Wednesday, September 14, 2022**.

**IT IS SO ORDERED**.

Dated:  August 31, 2022

**Hon. Larry Alan Burns**
United States District Judge