Lauren T. Attard (SBN 320898)
lattard@bakerlaw.com
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859

Seanna R. Brown (NY Bar No. 4504551)
*(appearing pro hac vice)*
sbrown@bakerlaw.com
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4230
Facsimile: 212.589.4201

Miles D. Grant (SBN 89766)
miles@grantandkessler.com
**GRANT & KESSLER, APC**
1331 India Street
San Diego, CA 92101
Telephone: 619.233.7078
Facsimile: 619.233.7036

Philip C. Tencer (SBN 173818)
phil@tencersherman.com
**Tencer Sherman, LLP**
12520 High Bluff Drive, Suite 240
San Diego, CA 92130
Telephone: 858-408-6901
Facsimile: 858-754-1260

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GINA CHAMPION-CAIN AND ANI DEVELOPMENT, LLC,<br><br>Defendants. | Case No. 3:19-cv-01628-LAB-AHG<br><br>ASSIGNED FOR ALL PURPOSES TO Judge Larry A. Burns<br><br>**NOTICE OF APPEAL**<br><br>Action Filed:  08/28/2019 |

# **NOTICE OF APPEAL**

Notice is hereby given that Kim H. Peterson, individually, and as Trustee of the Peterson Family Trust dated April 14, 1992, and as Trustee of the Peterson Family Trust dated September 29, 1983; Kim Funding, LLC; ABC Funding Strategies, LLC; ABC Funding Strategies Mgmt., LLC; Kim Media, LLC; Kim Management, Inc.; Kim Aviation, LLC; Aero Drive, LLC; Aero Drive Three, LLC; Baltimore Drive, LLC; George Palmer Corporation; Kim Funding LLC Defined Benefit Pension Plan; ANI License Fund, LLC; and Laurie Peterson (collectively, "Appellants"), hereby appeal to the United States Court of Appeals for the Ninth Circuit from the orders of the District Court, entered in this action on November 22, 2022, Dkts. 926 and 927.  Copies of the orders are attached hereto.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated:  December 21, 2022 | | **BAKER & HOSTETLER LLP** |
| | | By:  */s/ Seanna R. Brown* |
| | | SEANNA R. BROWN |
| | | Seanna R. Brown (NY Bar No. 4504551) |
| | | sbrown@bakerlaw.com |
| | | *Attorneys for Claimants Kim Funding, LLC and ABC Funding Strategies, LLC* |

**GRANT & KESSLER, APC**

By:   */s/ Miles D. Grant*

Miles D. Grant (SBN 89766)
miles@grantandkessler.com

*Attorneys for Defendants Kim H. Peterson, individually and as Trustee of the Peterson Family Trust dated April 14, 1992 and as Trustee of the Peterson Family Trust dated September 29, 1983; Kim Funding, LLC; ABC Funding Strategies, LLC; ABC Funding Strategies Management, LLC; Kim Media, LLC; Kim Management, Inc.; Kim Aviation, LLC; Aero Drive, LLC; Aero Drive Three, LLC; Baltimore Drive, LLC; George Palmer Corporation; Kim Funding LLC Defined Benefit Pension Plan; and ANI License Fund, LLC*

**TENCER SHERMAN, LLP**

By:   */s/ Philip C. Tencer*

Philip C. Tencer (SBN 173818)
phil@tencersherman.com

*Attorneys for Kim H. Peterson, Kim Funding, LLC and Laurie Peterson*

- 3 -

# REPRESENTATION STATEMENT

| Appellants | Counsel for Appellants |
|---|---|
| Kim H. Peterson, individually, as Trustee of the Peterson Family Trust dated April 14, 1992, and as Trustee of the Peterson Family Trust dated September 29, 1983; Kim Funding, LLC; ABC Funding Strategies, LLC; ABC Funding Strategies Management, LLC; Kim Media, LLC; Kim Management, Inc.; Kim Aviation, LLC; Aero Drive, LLC; Aero Drive Three, LLC; Baltimore Drive, LLC; George Palmer Corporation; Kim Funding LLC Defined Benefit Pension Plan; ANI License Fund, LLC; and Laurie Peterson | Rupa G. Singh (SBN 214542)<br>NIDDRIE ADDAMS FULLER SINGH LLP<br>225 Broadway, 21st Floor<br>San Diego, CA 92101<br>Telephone: 858.699.7278<br>Email: rsingh@appealfirm.com<br><br>Seanna R. Brown (NY Bar No. 4504551)<br>BAKER & HOSTETLER LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: 212.589.4230<br>Email: sbrown@bakerlaw.com<br><br>Lauren T. Attard (SBN 320898)<br>BAKER & HOSTETLER LLP<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025<br>Telephone: 310.820.8800<br>Email: lattard@bakerlaw.com<br><br>Miles D. Grant (SBN 89766)<br>GRANT & KESSLER, APC<br>1331 India Street<br>San Diego, CA 92101<br>Telephone: 619.233.7078<br>Email: miles@grantandkessler.com<br><br>Philip C. Tencer (SBN 173818)<br>TENCER SHERMAN LLP<br>12520 High Bluff Drive, Suite 240<br>San Diego, CA 92130<br>Telephone: 858.408.6901<br>Email: phil@tencersherman.com |

| Appellees | Counsel for Appellees |
|---|---|
| Krista Freitag, Receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates | David R. Zaro<br>ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS<br>865 S. Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-2543<br>Telephone: 213.622.5555<br>Email: dzaro@allenmatkins.com<br><br>Edward G. Fates<br>ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS<br>One America Plaza<br>600 West Broadway, 27th Floor<br>San Diego, CA 92101-0903<br>Telephone: 619.233.1155<br>Email: tfates@allenmatkins.com<br><br>Michael R. Farrell<br>ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS<br>865 South Figueroa Street, 28th Floor<br>Los Angeles, CA 90017<br>Telephone: 213.622.5555<br>Email: mfarrell@allenmatkins.com<br><br>Tyler Richard Dowdall<br>EPPORT, RICHMAN & ROBBINS, LLP<br>1875 Century Park East, Suite 800<br>Los Angeles, CA 90067<br>Telephone: 310.785.0885<br>Email: tdowdall@erlaw.com |

| Appellees | Counsel for Appellees |
|---|---|
| United States Securities and Exchange Commission | Gary Y. Leung, Jr.<br>U.S. SECURITIES & EXCHANGE COMMISSION<br>444 South Flower Street, 9th Floor<br>Los Angeles, CA 90071<br>Telephone: 323-965-3998<br>Email: leungg@sec.gov<br><br>Kathryn Colleen Wanner<br>U.S. SECURITIES AND EXCHANGE COMMISSION<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, CA 90036<br>Telephone: 323-965-3998<br>Email: wannerk@sec.gov<br><br>Stuart Alexander Johnson<br>U.S. SECURITIES AND EXCHANGE COMMISSION<br>444 South Flower Street, Suite 900<br>Los Angeles, CA 90071<br>Telephone: 323-965-3998<br>Email: johnsonstu@sec.gov |

| Appellees | Counsel for Appellees |
|---|---|
| Chicago Title Company | Megan L. Donohue<br>COOLEY LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>T: 858.550.6000<br>Email: mdonohue@cooley.com<br><br>Randall R. Lee<br>COOLEY LLP<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>T: 310-883-6400<br>Email: randall.lee@cooley.com<br><br>Steven M. Strauss<br>COOLEY LLP<br>10265 Science Center Drive<br>San Diego, CA 92121<br>T: 858-550-6006<br>Email: phillipsjh@cooley.com<br><br>Walter Christian Waidelich<br>COOLEY LLP<br>10265 Science Center Drive<br>San Diego, CA 92121<br>T: 858-550-6179<br>Email: cwaidelich@cooley.com<br><br>Steven A. Goldfarb<br>HAHN LOESER PARKS, LLP<br>600 West Broadway, Suite 1500<br>San Diego, CA 92101<br>T: 619-810-4314<br>Email: sgoldfarb@hahnlaw.com |