UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GINA CHAMPION-CAIN and ANI DEVELOPMENT, LLC,<br><br>　　　　　　　　　　　Defendants,<br><br>AMERICAN NATIONAL INVESTMENTS, INC.,<br><br>　　　　　　　　　　　Relief Defendant. | Case No.: 19-CV-1628 TWR (AHG)<br><br>**ORDER (1) GRANTING MOTION TO SEAL, AND (2) APPROVING FIFTEENTH INTERIM FEE APPLICATIONS**<br><br>(ECF Nos. 1085, 1086, 1088, 1089) |

　　　Presently before the Court are the unopposed Fifteenth Interim Fee Applications of Krista L. Freitag, Court-Appointed Receiver (ECF No. 1085), and Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), General Counsel to the Receiver, Krista L. Freitag (ECF Nos. 1086 (public), 1089 (lodged sealed version)), for Payment of Fees and Reimbursement of Expenses (together, the "Fee Applications"), as well as a Motion for Permission to File Portion of Fifteenth Interim Fee Application of Allen Matkins Under Seal ("Mot. to Seal," ECF No. 1088).  The Court vacated the hearing and took the

/ / /

1

Fee Applications and Motion to Seal under submission on the papers without oral argument pursuant to Civil Local Rule 7.1(d)(1).  (*See* ECF No. 1090.)

With regard to the Motion to Seal, having reviewed the document in question and good cause appearing, *see Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1099 (9th Cir. 2016); (*see also* ECF Nos. 310, 537, 639, 723, 774, 780, 908, 946, 962, 968, 1008, 1016, 1048, 1080), the Court **GRANTS** the Motion.  Accordingly, the Clerk **SHALL FILE UNDER SEAL** the document previously lodged under seal at ECF No. 1089.

As for the Fee Applications, having carefully reviewed the Fee Applications and the record, the Court **GRANTS** the Fee Applications.  Accordingly, the Court **ORDERS**:

1. The Receiver's fees and costs for the Fifteenth Application Period are **ALLOWED AND APPROVED**, on an interim basis, in the amounts of $24,525.15 and $1,871.93, respectively;

2. Allen Matkins's fees and costs for the Fifteenth Application Period are **ALLOWED AND APPROVED**, on an interim basis, in the amounts of $127,755.90 and $7,476.15, respectively;

3. The Receiver is **AUTHORIZED AND DIRECTED** to pay herself **$19,620.12** in fees and **$1,871.93** in costs from assets of the Receivership Estate, which amounts reflect an interim payment of 80% of the allowed fees and 100% of the allowed costs; and

4. The Receiver is **AUTHORIZED AND DIRECTED** to pay Allen Matkins **$102,204.72** in fees and **$7,476.15** in costs from assets of the Receivership Estate, which amounts reflect an interim payment of 80% of the allowed fees and 100% of the allowed costs.

**IT IS SO ORDERED.**

Dated:  October 16, 2025

_____
Honorable Todd W. Robinson
United States District Judge